**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

MERCHANTS BONDING COMPANY
(MUTUAL), an Iowa Corporation,

      Plaintiff,

                           CASE NO.   18 cv 75

vs.

MIDWEST EXPRESS, INC.; APEX
CAPITAL CORP., AS ASSIGNEE OF 10-4
ALLIANCE LLC; 1ST CHOICE EXPRESS,
INC.; SUNBELT FINANCE, AS
ASSIGNEE OF 2K TRANSPORTATION,
INC.; COMPASS FUNDING SOLUTIONS,
AS ASSIGNEE OF 4 WAY TRANS, LLC;
BIBBY TRANSPORTATION FINANCE,
INC., AS ASSIGNEE OF A & D CARRIER;
PHOENIX CAPITAL GROUP, LLC, AS
ASSIGNEE OF A & E FIRST CHOICE
MOVING TRANSPORTATION; APEX
CAPITAL CORP., AS ASSIGNEE OF A &
L TRANSIT, INC.; PAVESTONE
CAPITAL, AS ASSIGNEE OF A & S
TRUCKING, LLC; ADVANCE BUSINESS
CAPITAL LLC DBA TRIUMPH
BUSINESS CAPITAL, AS ASSIGNEE OF
A & T TRUCKING, LLC; APEX CAPITAL
CORP., AS ASSIGNEE OF A D A
LOGISTICS CORP.; SEVENOAKS
CAPITAL, AS ASSIGNEE OF A FAMILY
TOWING & TRANSPORT; APEX
CAPITAL CORP., AS ASSIGNEE OF A G
& B LOGISTICS; APEX CAPITAL CORP.,
AS ASSIGNEE OF A N ENTERPRISE,
INC.; APEX CAPITAL CORP., AS
ASSIGNEE OF A N M TRANSPORT, LLC;
COMPASS FUNDING SOLUTIONS, AS
ASSIGNEE OF A1 FREIGHT, INC.;
INTERSTATE CAPITAL CORPORATION,
AS ASSIGNEE OF ABOVE PAR

1

TRANSPORTATION; VERO BUSINESS
CAPITAL LLC, AS ASSIGNEE OF AC
EXPRESS, INC.; ADEX, INC.; RTS
FINANCIAL SERVICE, AS ASSIGNEE OF
ADEX, INC.; ADVANCE BUSINESS
CAPITAL LLC DBA TRIUMPH
BUSINESS CAPITAL, AS ASSIGNEE OF
ADVANCE TRANSPORT, INC.; AG
EXPEDITED, INC.; AG LINES, INC.;
AIRLINE TRANSPORTATION;
CRESTMARK BANK, AS ASSIGNEE OF
AIRTIME EXPRESS, INC.; APEX
CAPITAL CORP., AS ASSIGNEE OF
AKAL TRUCKING, LLC; INTERSTATE
CAPITAL CORP., AS ASSIGNEE OF
AMAZON LOGISTICS; AMERICAN
MOTOR TRANSPORTATION, INC.; RTS
FINANCIAL SERVICE, AS ASSIGNEE OF
AMERICAN MOTOR
TRANSPORTATION, INC.;
AMERIFREIGHT SYSTEMS, LLC; RTS
FINANCIAL SERVICE, AS ASSIGNEE OF
AMERIFREIGHT SYSTEMS, LLC; VERO
BUSINESS CAPITAL LLC, AS ASSIGNEE
OF AMERIGO, INC.; AMG FREIGHT;
AMG LOGISTICS, INC.; RTS FINANCIAL
SERVICE, AS ASSIGNEE OF AMG
LOGISTICS, INC.; AMZ TRANS, INC.;
CD CONSORTIUM CORPORATION, AS
ASSIGNEE OF AMZ TRANS, INC.; ANG
TRANSPORTATION, INC.; ASSIST
FINANCIAL SERVICES, INC., AS
ASSIGNEE OF AP TRUCKING LLC;
FOLEY CARRIER SERVICES, LLC, AS
ASSIGNEE OF APLUS EXPRESS; CJM
FINANCIAL, INC., AS ASSIGNEE OF A-
PLUS TRUCKING, LLC; COMPASS
FUNDING SOLUTIONS, AS ASSIGNEE
OF ARCH TRANSPORT, LLC; APEX
CAPITAL CORP., AS ASSIGNEE OF
ARM LINES, INC.; ARNHALT
TRANSPORTATION BROKERAGE, INC.;
CORELOGIC, AS ASSIGNEE OF

ARNHALT TRANSPORTATION
BROKERAGE, INC.; ARROW TRANS
CORP.; ART LOGISTICS; RIVIERA
FINANCE OF TEXAS, INC., AS
ASSIGNEE OF ART LOGISTICS;
ARTUDIANTI, INC.; RTS FINANCIAL
SERVICE, AS ASSIGNEE OF
ARTUDIANTI, INC.; AT LINE, INC.;
FLEET ONE FACTORING, LLC, AS
ASSIGNEE OF AT LINE, INC.; ATD
EXPRESS, INC.; FIRSTLINE FUNDING
GROUP, AS ASSIGNEE OF ATLANTIC
COAST LOGISTICS; AUTODINA, CORP.;
FREIGHT FACTORING SPECIALISTS,
AS ASSIGNEE OF AVAIL TRANSPORT,
INC.; APEX CAPITAL CORP., AS
ASSIGNEE OF B & K GROUP, INC.;
ADVANCE BUSINESS CAPITAL LLC
DBA TRIUMPH BUSINESS CAPITAL, AS
ASSIGNEE OF B & M EXPRESS, INC.;
TBS FACTORING SERVICE, AS
ASSIGNEE OF B.W.R.
TRANSPORTATION, INC.; SUNBELT
FINANCE, AS ASSIGNEE OF BANDERA
TRANSPORTATION, INC.; BAY AND
BAY TRANSPORTATION; COMPASS
FUNDING SOLUTIONS, AS ASSIGNEE
OF BB WOLF, INC.; JD FACTORS, LLC,
AS ASSIGNEE OF BBS TRUCKING, INC.;
ADVANCE BUSINESS CAPITAL LLC
DBA TRIUMPH BUSINESS CAPITAL, AS
ASSIGNEE OF BEKTESHI LOGISTICS,
INC.; BENJAMIN BEST FREIGHT; APEX
CAPITAL CORP., AS ASSIGNEE OF
BEST WAY LOGISTICS, INC.;
BFREIGHT, INC.; RTS FINANCIAL
SERVICE, AS ASSIGNEE OF BFREIGHT,
INC.; COMPASS FUNDING SOLUTIONS,
AS ASSIGNEE OF BH92 TRUCKING,
INC.; BL QUALITY TRANS INC.;
CREDIT EXPRESS, INC., AS ASSIGNEE
OF BL QUALITY TRANS INC.; BLACK
SEA TRANSPORTATION; APEX

CAPITAL CORP., AS ASSIGNEE OF
BLACK SEA TRANSPORTATION;
BLACK WOLF TRANSPORTATION; RTS
FINANCIAL SERVICE, AS ASSIGNEE OF
BLACK WOLF TRANSPORTATION;
BLAST TRANSPORT, INC.; RTS
FINANCIAL SERVICE, AS ASSIGNEE OF
BLAST TRANSPORT, INC.; BAXTER
BAILEY & ASSOCIATES, AS ASSIGNEE
OF BLUESTAR SERVICES, LLC; BIBBY
TRANSPORTATION FINANCE, INC., AS
ASSIGNEE OF BLUESTONE
ENTERPRISES; BM, CORP.; BO TECH
TRANSPORTATION; FIRSTLINE
FUNDING GROUP, AS ASSIGNEE OF
BOOST ENTERPRISES; BAXTER
BAILEY & ASSOCIATES, AS ASSIGNEE
OF BOOST ENTERPRISES; FIRSTLINE
FUNDING GROUP, AS ASSIGNEE OF BR
CARGO, LLC; BR CARGO, LLC;
PHOENIX CAPITAL GROUP, LLC, AS
ASSIGNEE OF BRAVE FREIGHT; OTR
CAPITAL, LLC, AS ASSIGNEE OF BRF
ENTERPRISES; BRIAN, INC.; BRITE
LOGISTICS, INC.; BTI, INC.; FIRSTLINE
FUNDING GROUP, AS ASSIGNEE OF
BULLS EYE EXPEDITION; BULMAKS,
INC.; RTS FINANCIAL SERVICE, AS
ASSIGNEE OF BULMAKS, INC.; TBS
FACTORING SERVICE, AS ASSIGNEE
OF BURTON TRANSPORTATION
SERVICES, LLC; BUSINESS LINES
CORP.; CD CONSORTIUM CORP., AS
ASSIGNEE OF BUSINESS LINES CORP.;
FOLEY CARRIER SERVICES, LLC, AS
ASSIGNEE OF BUTTER B TRUCKING; C
& I TRUCKING, INC.; APEX CAPITAL
CORP., AS ASSIGNEE OF C R N A;
CRESTMARK BANK, AS ASSIGNEE OF
CANNON, LLC; APEX CAPITAL CORP.,
AS ASSIGNEE OF CAPITOL TRUCKING,
INC.; STEELHEAD FINANCE, AS
ASSIGNEE OF CAR TRANSPORT, INC.;

APEX CAPITAL CORP., AS ASSIGNEE
OF CARGAL TRANSPORT, LLC; CARGO
TRANSIT CORP.; TAFS PREMIUM
FINANCE, INC., AS ASSIGNEE OF
CARGO USA, INC.; APEX CAPITAL
CORP., AS ASSIGNEE OF CARGOMAX
INCORPORATED; APEX CAPITAL
CORP., AS ASSIGNEE OF CARGOX,
INC.; CARRIER MANAGEMENT, INC.;
RTS FINANCIAL SERVICE, AS
ASSIGNEE OF CARRIER
MANAGEMENT, INC.; OTR CAPITAL,
LLC, AS ASSIGNEE OF CARRY ON
EXPRESS LOGISTICS; CD
CONSORTIUM CORP.; BAXTER BAILEY
& ASSOCIATES, AS ASSIGNEE OF CDA
DELIVERY SERVICE, INC.; ADVANCE
BUSINESS CAPITAL LLC DBA
TRIUMPH BUSINESS CAPITAL, AS
ASSIGNEE OF CENTRAL LOGISTICS,
LLC; CENTRAL LOGISTICS GROUP,
INC.; BAXTER BAILEY & ASSOCIATES,
AS ASSIGNEE OF CHRIS LINES
COMPANY; CMW TRANSPORT CO.,
INC.; BAXTER BAILEY & ASSOCIATES,
AS ASSIGNEE OF COAST
CONNECTION, INC.; CONICK
LOGISTICS, INC.; TAFS PREMIUM
FINANCE, INC., AS ASSIGNEE OF
CONTINENTAL FREIGHT SOLUTIONS;
COMPASS FUNDING SOLUTIONS, AS
ASSIGNEE OF CORB, INC.; PAVESTONE
CAPITAL, AS ASSIGNEE OF COWBOY
LOGISTICS, LLC; CROSS EXPRESS, CO.;
ADVANCE BUSINESS CAPITAL LLC
DBA TRIUMPH BUSINESS CAPITAL, AS
ASSIGNEE OF D & M LOGISTICS, LLC;
D & S FACTORS LLC; TBS FACTORING
SERVICE, AS ASSIGNEE OF D AND L
TRUCKING; APEX CAPITAL CORP., AS
ASSIGNEE OF D F H
TRANSPORTATION, LLC; APEX
CAPITAL CORP., AS ASSIGNEE OF D M

EXPRESS, INC.; APEX CAPITAL CORP.,
AS ASSIGNEE D V S
TRANSPORTATION, INC.; TBS
FACTORING SERVICE, LLC, AS
ASSIGNEE OF D E O TRANSPORT INC.;
ASSIST FINANCIAL SERVICES, INC., AS
ASSIGNEE OF DAB TRUCKING
SERVICES; ADVANCE BUSINESS
CAPITAL LLC DBA TRIUMPH
BUSINESS CAPITAL, AS ASSIGNEE OF
DAILY TRANSPORT, INC.; CJM
FINANCIAL, INC., AS ASSIGNEE OF
DAILY TRANSPORTATION, INC.;
BAXTER BAILEY & ASSOCIATES, AS
ASSIGNEE OF DAILY
TRANSPORTATION, INC.; COMPASS
FUNDING SOLUTIONS, AS ASSIGNEE
OF DAVIS CARGO, LLC; DC
TRANSPORT, INC.; DELTA CARRIER
GROUP, INC.; ADVANCE BUSINESS
CAPITAL LLC DBA TRIUMPH
BUSINESS CAPITAL, AS ASSIGNEE OF
DELTA CARRIER GROUP, INC.;
ORANGE COMMERCIAL CREDIT, AS
ASSIGNEE OF DELTA LOGISTICS, INC.;
DELTA TRANSPORT, INC.; TCI
BUSINESS CAPITAL, INC., AS
ASSIGNEE OF DELTA TRANSPORT,
INC.; COMPASS FUNDING SOLUTIONS,
AS ASSIGNEE OF D-EVINE, INC.; DF
CARRIER LLC; FIRSTLINE FUNDING
GROUP, AS ASSIGNEE OF DF CARRIER
LLC; DIAMOND FREIGHT, INC.;
COMPASS FUNDING SOLUTIONS, AS
ASSIGNEE OF DIJ CORP.; DIRECT
SERVICE TRANSPORT, INC.; BAXTER
BAILEY & ASSOCIATES, AS ASSIGNEE
OF DISTRIBUTION SOLUTIONS, INC.;
DIVINE ENTERPRISES; DLK
TRUCKING, INC.; TAFS PREMIUM
FINANCE, INC., AS ASSIGNEE OF DM
WORLD TRANSPORTATION;
TRANSAM FINANCIAL SERVICES, INC.,

AS ASSIGNEE OF DM WORLD
TRANSPORTATION; DMN TRANSPORT,
INC.; RTS FINANCIAL SERVICE, AS
ASSIGNEE OF DMN TRANSPORT, INC.;
DOLCHE TRUCKLOAD, CORP.; RTS
FINANCIAL SERVICE, AS ASSIGNEE OF
DOLCHE TRUCKLOAD, CORP.;
DOSPED, INC.; BIBBY
TRANSPORTATION FINANCE, INC., AS
ASSIGNEE OF DUKE
TRANSPORTATION; FOLEY CARRIER
SERVICES, LLC, AS ASSIGNEE OF
DYER INTEGRATED; APEX CAPITAL
CORP., AS ASSIGNEE OF E M H
SERVICES, INC.; EAGLE CAPITAL
CORPORATION; EAGLE TRUCKING
COMPANY; FIRSTLINE FUNDING
GROUP, AS ASSIGNEE OF EAST
BOUND EXPRESS; ECHO TRUCKING,
INC.; ECKLUND LOGISTICS, INC.;
CRESTMARK BANK, AS ASSIGNEE OF
ECKLUND LOGISTICS, INC.; INSIGHT
TECHNOLOGY, INC., AS ASSIGNEE OF
EFREIGHT, INC.; OTR CAPITAL, LLC,
AS ASSIGNEE OF EFS INC.; FIRSTLINE
FUNDING GROUP, AS ASSIGNEE OF
EMJB; EMR EXPRESS; RTS FINANCIAL
SERVICE, AS ASSIGNEE OF EMR
EXPRESS; FIRSTLINE FUNDING
GROUP, AS ASSIGNEE OF ENS
TRUCKING; BAXTER BAILEY &
ASSOCIATES, AS ASSIGNEE OF ES
EXPRESS LINES, INC.; PARTNERS
FUNDING, INC. AS ASSIGNEE OF ESA
TRANSPORTATION INC.; INTERSTATE
CAPITAL CORP., AS ASSIGNEE OF
EXCELL TRUCKING; FINANCIAL
CARRIER SERVICES, AS ASSIGNEE OF
EZY TRANSPORTATION LLC; FAR
WEST CAPITAL TRANSPORTATION;
ADVANCE BUSINESS CAPITAL LLC
DBA TRIUMPH BUSINESS CAPITAL, AS
ASSIGNEE OF FARGO TRANSPORT;

FAST LOADING, INC.; RTS FINANCIAL
SERVICE, AS ASSIGNEE OF FAST
LOADING, INC.; FISCHER TRUCK AND
BUS SERVICE, INC.; CD CONSORTIUM
CORP., AS ASSIGNEE OF FLASH
LOGISTICS, INC.; FLEX TRANSPORT,
INC.; CORELOGIC, AS ASSIGNEE OF
FLS EXPRESS LLC; JD FACTORS, LLC,
AS ASSIGNEE OF FM LOGISTICS, LLC;
APEX CAPITAL CORP., AS ASSIGNEE
OF FOKA LOGISTICS, LLC; FREE
STYLE TRUCKING, INC.; BIBBY
TRANSPORTATION FINANCE, INC., AS
ASSIGNEE OF FREEDOM VAN LINES;
FIRSTLINE FUNDING GROUP, AS
ASSIGNEE OF FREIGHT DEALERS;
ORANGE COMMERCIAL CREDIT, AS
ASSIGNEE OF FREIGHT SOLUTIONS
SERVICES; FREIGHTZONE EXPRESS,
INC.; BAXTER BAILEY & ASSOCIATES,
AS ASSIGNEE OF FUREX, INC.; G & G
LOGISTICS, INC.; G.G. BARNETT
TRANSPORT, INC.; BAXTER BAILEY &
ASSOCIATES, AS ASSIGNEE OF
GABLES TRANSPORT, INC.;
FINANCIAL CARRIER SERVICES, LLC,
AS ASSIGNEE OF GAMA TRADE INC.;
INTERSTATE CAPITAL CORP., AS
ASSIGNEE OF GAMTRANS FREIGHT;
PHOENIX CAPITAL GROUP, LLC, AS
ASSIGNEE OF GAVA TRUCKING; TBS
FACTORING SERVICE, AS ASSIGNEE
OF GEEMAN, LLC; GI SUPER SERVICE,
INC.; GIANNAKIS TRANSPORTATION,
INC.; CJM FINANCIAL, INC., AS
ASSIGNEE OF GLOBUS TRANSPORT,
INC.; GO TO LOGISTICS, INC. AS GT
EXPEDITED; CJM FINANCIAL, INC., AS
ASSIGNEE OF GOGA TRUCKING, INC.;
PARTNERS FUNDING, INC., AS
ASSIGNEE OF GOLD STAR CARRIERS;
CJM FINANCIAL, INC., AS ASSIGNEE
OF GOLD STAR EXPRESS LLC; CREDIT

EXPRESS, INC., AS ASSIGNEE OF
GOLDCOAST LOGISTICS GROUP;
GOLDMAX CARRIER, INC.; COMPASS
FUNDING SOLUTIONS, AS ASSIGNEE
OF GOOD CHOICE CARRIER, INC.;
GOOD SOURCE TRUCKING, INC.;
SUNBELT FINANCE, LLC, AS
ASSIGNEE OF GOOD SOURCE
TRUCKING, INC.; GP
TRANSPORTATION; CRESTMARK
BANK, AS ASSIGNEE OF GRAVAL
CORPORATION; CORELOGIC, AS
ASSIGNEE OF GRAVAL
CORPORATION; GREAT WIDE
TRUCKLOAD MANAGEMENT;
COMPASS FUNDING SOLUTIONS, AS
ASSIGNEE OF GREEN FREIGHT, INC.;
GREEN MILE, INC.; RTS FINANCIAL
SERVICE, INC., AS ASSIGNEE OF
GREEN MILE, INC.; GT LOGISTICS,
INC.; VERO BUSINESS CAPITAL LLC,
AS ASSIGNEE OF GT LOGISTICS, INC.;
BAXTER BAILEY & ASSOCIATES, AS
ASSIGNEE OF GTS TRANSPORTATION;
GTS TRANSPORTATION CORP.; OTR
CAPITAL, LLC, AS ASSIGNEE OF
GUERRERO TRANSPORTATION; TBS
FACTORING SERVICE, AS ASSIGNEE
OF H & L DELIVERY, LLC; OTR
CAPITAL, LLC, AS ASSIGNEE OF
HAILEY'S LOGISTICS LLC; HANJRA
TRUCKING; ACCUTRAC CAPITAL,
INC., AS ASSIGNEE OF HANJRA
TRUCKING; FIRSTLINE FUNDING
GROUP, AS ASSIGNEE OF HARED
TRUCKING; HARRINGTON RIDGE
COAL & STOVE, LLC; APEX CAPITAL
CORP., AS ASSIGNEE OF HAWK
LOGISTICS, LLC; PARTNERS FUNDING,
INC. AS ASSIGNEE OF HEARTLAND
EXPRESSWAY; BAXTER BAILEY &
ASSOCIATES, AS ASSIGNEE OF HEAVY
LANE TRANSPORT; INTERSTATE

CAPITAL CORP., AS ASSIGNEE OF
HEAVY LANE TRANSPORT;
CRESTMARK BANK, AS ASSIGNEE OF
HELIOSPHERE, INC.; HELIOSPHERE
INC.; HIGHBOOST CORPORATION; OTR
CAPITAL, LLC, AS ASSIGNEE OF
HIGHLAND DALLAS FREIGHT INC.;
HM TRANS, INC.; RTS FINANCIAL
SERVICE, INC., AS ASSIGNEE OF HM
TRANS, INC.; FINANCIAL CARRIER
SERVICES, INC., AS ASSIGNEE OF
HOMER EXPRESS, LLC; ASSIST
FINANCIAL SERVICES, INC., AS
ASSIGNEE OF HOT TRANSPORTATION;
ASSIST FINANCIAL SERVICES, INC., AS
ASSIGNEE OF HOUSE SPRINGS
TRUCKING; APEX CAPITAL CORP., AS
ASSIGNEE OF I G H TRUCKING, LLC;
IIK TRANSPORT, INC.; IBY
TRANSPORT; RTS FINANCIAL
SERVICE, AS ASSIGNEE OF IBY
TRANSPORT; IMAN CARRIERS, INC.;
TRANSPORTATION FUNDING GROUP,
AS ASSIGNEE OF IMAN CARRIERS,
LLC; IMG TRUCKING, INC.; APEX
CAPITAL CORP., AS ASSIGNEE OF
IMPERIAL EXPRESS, LLC; JD
FACTORS, LLC, AS ASSIGNEE OF
INFINITIVE TRANSPORTATION;
CRESTMARK BANK, AS ASSIGNEE OF
INLAND TRANSPORT, INC.; BAXTER
BAILEY & ASSOCIATES, AS ASSIGNEE
OF INLAND TRANSPORT, INC.;
INNOVATION TRUCK SERVICE, LLC;
INTEGRATED LOGISTICS &
ASSOCIATES; BAXTER BAILEY &
ASSOCIATES, AS ASSIGNEE OF
INTERSPED INC., DBA AMCAN
FREIGHT LINERS; APEX CAPITAL
CORP., AS ASSIGNEE OF ISSA
LOGISTICS, LLC; TAFS PREMIUM
FINANCE, INC., AS ASSIGNEE OF J & H
LOGISTICS GROUP INC.; COREFUND

CAPITAL LLC, AS ASSIGNEE OF J & J'S
LEADING TRANSPORT, LLC; J RAYL
TRANSPORT, INC.; BAXTER BAILEY &
ASSOCIATES, AS ASSIGNEE OF JAG
TRUCKING, INC. DBA AMCAN
FREIGHT LINERS; JASON TRANSPORT,
INC.; JBA TRUCKING LLC D/B/A JBA
FAMILY TRUCKING; JC TRANS CO.;
JEEP TRANSPORT, INC.; JEFF BRYAN
TRANSPORT; RIVIERA FINANCE, AS
ASSIGNEE OF JMB TRUCKING
SERVICES, INC.; FIRSTLINE FUNDING
GROUP, AS ASSIGNEE OF JML
LOGISTICS; JODI EXPRESS; OTR
CAPITAL, LLC, AS ASSIGNEE OF
JOONAM'S TRUCKING, LLC;
CRESTMARK BANK, AS ASSIGNEE OF
JORDAN & K INC.; JP TRUCKING
SERVICES, INC.; JPMKL, INC.; BAXTER
BAILEY & ASSOCIATES, AS ASSIGNEE
OF JPMKL, INC.; ASSIST FINANCIAL
SERVICES, INC., AS ASSIGNEE OF JTT
LOGISTICS INC.; OTR CAPITAL, LLC,
AS ASSIGNEE OF JUBO
TRANSPORTATION, INC.; PHOENIX
CAPITAL GROUP, LLC, AS ASSIGNEE
OF K EXPRESS; APEX CAPITAL CORP.,
AS ASSIGNEE OF K L M B
TRANSPORTATION, INC.; EAGLE
CAPITAL CORPORATION, AS
ASSIGNEE OF KM TRUCKING; APEX
CAPITAL CORP., AS ASSIGNEE OF K M
V TRANSPORTATION, INC.; KANIA,
INC.; CRESTMARK BANK, AS
ASSIGNEE OF KANIA, INC.; ADVANCE
BUSINESS CAPITAL LLC DBA
TRIUMPH BUSINESS CAPITAL, AS
ASSIGNEE OF KAYS M. AHMED; TBS
FACTORING SERVICE, LLC, AS
ASSIGNEE OF KEPY
TRANSPORTATION, INC.; KFORCE
EXPRESS, INC.; RTS FINANCIAL
SERVICE, AS ASSIGNEE OF KFORCE

EXPRESS, INC.; OTR CAPITAL, LLC, AS
ASSIGNEE OF KIIN EXPRESS, LLC; JD
FACTORS, LLC, AS ASSIGNEE OF
KINGS EAGLE INC.; JD FACTORS, LLC,
AS ASSIGNEE OF KLYM SPIRIT
CORPORATION; KOMMITTED
TRANSPORTATION, INC.; KONED
LOGISTICS; RTS FINANCIAL SERVICE,
AS ASSIGNEE OF KONED LOGISTICS;
KOTTKE TRUCKING, INC.;
TRANSPORTATION FUNDING GROUP,
AS ASSIGNEE OF KUEHL TRUCKING,
LLC; K-WAY EXPRESS, INC.;
INTERSTATE CAPITAL CORP., AS
ASSIGNEE OF L & E HAULING; L E G S
TRANSPORT, INC.; APEX CAPITAL
CORP., AS ASSIGNEE OF L E G S
TRANSPORT, INC.; APEX CAPITAL
CORP., AS ASSIGNEE OF L G A
LOGISTICS, INC.; APEX CAPITAL
CORP., AS ASSIGNEE OF LAMA
EXPRESS, INC.; LAMA TRUCKING,
INC.; RTS FINANCIAL SERVICE, AS
ASSIGNEE OF LAMA TRUCKING, INC.;
LANDLINER, INC.; OTR CAPITAL, LLC,
AS ASSIGNEE OF LATHONS INC.; OTR
CAPITAL, LLC, AS ASSIGNEE OF
LEGACY TRANSPORTATION; BAXTER
BAILEY & ASSOCIATES, AS ASSIGNEE
OF LEMBERG GROUP, INC.; LEMBERG
GROUP, INC.; TCI BUSINESS CAPITAL,
INC., AS ASSIGNEE OF LEMBERG
GROUP, INC.; CD CONSORTIUM CORP.,
AS ASSIGNEE OF LENTI, INC.;
LESMEISTER TRANSPORTATION, INC.;
COMPASS FUNDING SOLUTIONS, AS
ASSIGNEE OF LHB TRUCKING, INC.;
LIBERTY TRANSIT, LLC; RTS
FINANCIAL SERVICE, AS ASSIGNEE OF
LIBERTY TRANSIT, LLC; LIGHT
LOGISTICS, INC.; LINTRANS, INC.;
BAXTER BAILEY & ASSOCIATES, AS
ASSIGNEE OF LITHCO 1, LLC; LIV

ENTERPRISES, INC.; LIV
TRANSPORTATION; RTS FINANCIAL
SERVICE, AS ASSIGNEE OF LIV
TRANSPORTATION; COMPASS
FUNDING SOLUTIONS, AS ASSIGNEE
OF LIZAMA TRANSPORT, INC.;
BAXTER BAILEY & ASSOCIATES, AS
ASSIGNEE OF LJ EXPRESS TRUCKING,
CO OF CA, LLC; LMX TRANSPORT
CORP.; LOAD TO RIDE
TRANSPORTATION; BAXTER BAILEY
& ASSOCIATES, AS ASSIGNEE OF
LOGIC LOGISTICS, INC.; LOVE'S
TRAVEL STOPS & COUNTRY STORES,
INC.; LOWELL LOGISTICS, INC.;
LOZAR, INC.; BAXTER BAILEY &
ASSOCIATES, AS ASSIGNEE OF LT
UNITED LOGISTICS, INC.; OTR
CAPITAL, LLC, AS ASSIGNEE OF
LUCKIE XPRESS; LUCKY WAY
LOGISTICS, INC.; SAINT JOHN
CAPITAL CORPORATION, AS
ASSIGNEE OF LUCKY WAY
LOGISTICS, INC.; APEX CAPITAL
CORP., AS ASSIGNEE OF LUCKY
WORLD, INC.; COMPASS FUNDING
SOLUTIONS, AS ASSIGNEE OF LUPUS
7, INC.; ADVANCE BUSINESS CAPITAL
LLC DBA TRIUMPH BUSINESS
CAPITAL, AS ASSIGNEE OF M & S
EXPRESS, INC.; APEX CAPITAL CORP.,
AS ASSIGNEE OF M D TRANSPORT;
APEX CAPITAL CORP., AS ASSIGNEE
OF M N E FREIGHT, LLC; APEX
CAPITAL CORP., AS ASSIGNEE OF M O
B CARRIERS, INC.; COMPASS FUNDING
SOLUTIONS, AS ASSIGNEE OF MAIN
TRUCKING COMPANY; APEX CAPITAL
CORP., AS ASSIGNEE OF MAJESTIC,
INC.; THUNDER FUNDING/THUNDER
CARRIER SERVICES, INC., AS
ASSIGNEE OF MAK LINK LIMITED
LIABILITY CO.; GREAT PLAINS

TRANSPORTATION SERVICES, INC., AS
ASSIGNEE OF MANGAT GROUP, INC.;
CORELOGIC, AS ASSIGNEE OF
MANNING TRANSFER, INC.; TAFS
PREMIUM FINANCE, INC., AS
ASSIGNEE OF MANTA FREIGHT LLC;
FIRSTLINE FUNDING GROUP, AS
ASSIGNEE OF MARANATHA EXPRESS;
MARKA TRANSPORT, INC.; MATRIX,
INC.; APEX CAPITAL CORP., AS
ASSIGNEE OF MAX TRUCKING, LLC;
GREAT PLAINS TRANSPORTATION
SERVICES, INC., AS ASSIGNEE OF MBA
TRANSPORT OF COLUMBUS LLC;
FINANCIAL CARRIER SERVICES, LLC,
AS ASSIGNEE OF MBP TRANSPORT
LLC; ASSIST FINANCIAL SERVICES,
INC., AS ASSIGNEE OF MCC FREIGHT
INC.; MCDA LOGISTICS, LLC; RTS
FINANCIAL SERVICE, AS ASSIGNEE OF
MCDA LOGISTICS, LLC; ADVANCE
BUSINESS CAPITAL LLC DBA
TRIUMPH BUSINESS CAPITAL, AS
ASSIGNEE OF MD FREIGHT, INC.; MDS
TRUCKING V, INC.; CRESTMARK
BANK, AS ASSIGNEE OF MEGA
EXPRESS, INC.; APEX CAPITAL CORP.,
AS ASSIGNEE OF MELODY LOGISTICS,
LLC; MERX GLOBAL, INC.; MGR
FREIGHT SYSTEM; APEX CAPITAL
CORP., AS ASSIGNEE OF MILAN
EXPRESS, INC.; COMPASS FUNDING
SOLUTIONS, AS ASSIGNEE OF
MILLENIUM GROUP, INC.; BAXTER
BAILEY & ASSOCIATES, AS ASSIGNEE
OF MILLENNIUM TRANSPORT, INC.;
MMJ TRANSPORTATION, INC.;
ADVANCE BUSINESS CAPITAL LLC
DBA TRIUMPH BUSINESS CAPITAL, AS
ASSIGNEE OF MMJ TRANSPORTATION,
INC.; BAXTER BAILEY & ASSOCIATES,
AS ASSIGNEE OF MMM
TRANSPORTATION, LTD.; MNALAN

TRUCKING, CORP.; RTS FINANCIAL
SERVICE, AS ASSIGNEE OF MNALAN
TRUCKING CORP.; MPK TRUCKING
LLC; FINANCIAL CARRIER SERVICES,
INC., AS ASSIGNEE OF MPK TRUCKING
LLC; MS US, INC.; RTS FINANCIAL
SERVICE, AS ASSIGNEE OF MS US,
INC.; MTY TRANSPORTATION, LLC;
MULTI-LOAD TRANSPORT, INC.; APEX
CAPITAL CORP., AS ASSIGNEE OF N T
O EXPRESS, LLC; NAMANAGH, INC.;
BAXTER BAILEY & ASSOCIATES, AS
ASSIGNEE OF NAMANAGH, INC.;
BAXTER BAILEY & ASSOCIATES, AS
ASSIGNEE OF NARVATRANS, LLC;
NATALIE EXPRESS; APEX CAPITAL
CORP., AS ASSIGNEE OF NATHAN
TRUCKING, LLC; CRESTMARK BANK,
AS ASSIGNEE OF NATIONAL FREIGHT
CARRIERS, INC.; APEX CAPITAL
CORP., AS ASSIGNEE OF NATIONWIDE
ENTERPRISES CORP.; CD
CONSORTIUM CORP., AS ASSIGNEE OF
NAVI, INC.; BAXTER BAILEY &
ASSOCIATES, AS ASSIGNEE OF
NAVIGATION GLOBAL LLC;
NAVIGATION GLOBAL, LLC;
NAVIGATOR EXPRESS INC.; BAXTER
BAILEY & ASSOCIATES, AS ASSIGNEE
OF NC TRUCKING, INC.; NEDEX
EXPRESS, INC.; NEPA DISTRIBUTION,
LLC; DILLEY ZIMNY INSURANCE, AS
ASSIGNEE OF NEPA DISTRIBUTION,
LLC; FIRSTLINE FUNDING GROUP, AS
ASSIGNEE OF NEVADA EXPRESS;
CRESTMARK BANK, AS ASSIGNEE OF
NOEL TRANSPORTATION, CORP.; TBS
FACTORING SERVICE, LLC, AS
ASSIGNEE OF NORTH AMERICA
MOVING CREW, LLC; NORTH
AMERICAN TRANSPORT SERVICES,
LLC; COMPASS FUNDING SOLUTIONS,
AS ASSIGNEE OF NORTHLAND

REFRIGERATED SERVICES, INC.; NR.1
TRANSPORT; NUSSBAUM; TBS
FACTORING SERVICE, AS ASSIGNEE
OF NWC TRUCKING, LLC; OAK HILL
CAPITAL GROUP FOR US CROSS INC.;
OFF RAMP TRUCKING, LLC; OLERO,
INC.; RTS FINANCIAL SERVICE, AS
ASSIGNEE OF OLERO, INC.; COMPASS
FUNDING SOLUTIONS, AS ASSIGNEE
OF OMEGA FREIGHT SYSTEMS, INC.;
CJM FINANCIAL, INC., AS ASSIGNEE
OF ONE TIME TRUCKING, LLC;
PARTNERS FUNDING, INC. AS
ASSIGNEE OF ONATE LOGISTICS;
APEX CAPITAL CORP., AS ASSIGNEE
OF ONE 2 ONE TRANSPORT, INC.; ONE
NATION TRANS; ONEWAY LOGISTICS,
INC.; RTS FINANCIAL SERVICE, AS
ASSIGNEE OF ONEWAY LOGISTICS,
INC.; COMPASS FUNDING SOLUTIONS,
AS ASSIGNEE OF ONYX TRANSPORT,
INC.; JD FACTORS, LLC, AS ASSIGNEE
OF OREST EXPRESS, INC.; OTR
CAPITAL, LLC; OUT WITTING THE
REST, INC.; RTS FINANCIAL SERVICE,
AS ASSIGNEE OF OUT WITTING THE
REST, INC.; ADVANCE BUSINESS
CAPITAL LLC DBA TRIUMPH
BUSINESS CAPITAL, AS ASSIGNEE OF
OVERLAND TRUCKING, LLC; APEX
CAPITAL CORP., AS ASSIGNEE OF
OVERNIGHT EXPRESS, INC.; APEX
CAPITAL CORP., AS ASSIGNEE OF
PACK LOGISTICS, INC.; PDM
FINANCIAL FOR MURADI LOGISTICS
LLC; APEX CAPITAL CORP., AS
ASSIGNEE OF PERFECT SIGNATURE,
INC.; PICADELLO ENTERPRISES, INC.
BY ENSURE, INC.; BIBBY
TRANSPORTATION FINANCE, INC., AS
ASSIGNEE OF PITTS LOGISTICS; JD
FACTORS, LLC, AS ASSIGNEE OF PM
GLOBAL; ASSIST FINANCIAL

SERVICES, INC., AS ASSIGNEE OF PMB
TRANSCARGO INC.; PREMIUM
EXPRESS, INC.; RTS FINANCIAL
SERVICE, AS ASSIGNEE OF PREMIUM
EXPRESS, INC.; FIRSTLINE FUNDING
GROUP, AS ASSIGNEE OF PRESTIGE
FREIGHT; PRESTIGE, INC.; PRIMARY
TRANSPORTATION SERVICES, INC.;
TAFS PREMIUM FINANCE, INC., AS
ASSIGNEE OF PRIME
TRANSPORTATION, LLC; BAXTER
BAILEY & ASSOCIATES, AS ASSIGNEE
OF PRIMUS LOGISTICS, INC.;
ADVANCE BUSINESS CAPITAL LLC
DBA TRIUMPH BUSINESS CAPITAL, AS
ASSIGNEE OF PRIMUS LOGISTICS,
INC.; PUMA LOGISTICS; CRESTMARK
TPG LLC, AS ASSIGNEE OF PUMA
LOGISTICS; CORELOGIC, AS ASSIGNEE
OF Q CARRIERS, INC.; QUALITY
FREIGHT, LLC; RTS FINANCIAL
SERVICE, INC., AS ASSIGNEE OF
QUALITY FREIGHT, LLC; QUALITY
FREIGHT, LLC; QUALITY
REFRIGERATED TRANSPORTATION;
QUALITY TRANSPORT BROKERS
CORP.; ADVANCE BUSINESS CAPITAL
LLC DBA TRIUMPH BUSINESS
CAPITAL, AS ASSIGNEE OF QUALITY
WHEELS, INC.; QUICK FREIGHT
LOGISTICS, INC.; ALADDIN
FINANCIAL, INC., AS ASSIGNEE OF
QUICKEX TRANSIT, INC.; APEX
CAPITAL CORP., AS ASSIGNEE OF R F
S GROUP, INC.; RIVIERA FINANCE, AS
ASSIGNEE OF R2 TRANSPORTATION,
INC.; RAMA TRANSPORTATION, LLC;
RD LIMITED PARTNERSHIP DBA
RICHARD DANIELS
TRANSPORTATION; ADVANCE
BUSINESS CAPITAL LLC DBA
TRIUMPH BUSINESS CAPITAL, AS
ASSIGNEE OF RD LIMITED

PARTNERSHIP DBA RICHARD
DANIELS TRANSPORTATION; REAL
TRANSPORT, INC.; RTS FINANCIAL
SERVICE, INC., AS ASSIGNEE OF REAL
TRANSPORT, INC.; REAL TRUCKING,
INC.; RECON LOGISTICS, LLC; APEX
CAPITAL CORP., AS ASSIGNEE OF RED
LINE LOGISTICS, INC.; CD
CONSORTIUM CORP., AS ASSIGNEE OF
RED LINE TRANSIT, INC.; BAXTER
BAILEY & ASSOCIATES, AS ASSIGNEE
OF RELY TRANSPORT, INC.; APEX
CAPITAL CORP., AS ASSIGNEE OF REY
M APPLIANCES; BAXTER BAILEY &
ASSOCIATES, AS ASSIGNEE OF RGX
CARGO CORP.; INSIGHT
TECHNOLOGY, INC., AS ASSIGNEE OF
RHINO TRANSPORTATION, LLC; RIO
IMPORTERS USA, INC.; ADVANCE
BUSINESS CAPITAL LLC DBA
TRIUMPH BUSINESS CAPITAL, AS
ASSIGNEE OF RIVER NORTH
INDUSTRIES, INC.; ROAD WOLVES
INC.; RTS FINANCIAL SERVICE, INC.,
AS ASSIGNEE OF ROAD WOLVES INC.;
APEX CAPITAL CORP., AS ASSIGNEE
OF ROADSTAR LOGISTICS, INC.;
ROADSTAR, INC.; COMPASS FUNDING
SOLUTIONS, AS ASSIGNEE OF ROMA
LOGISTICS, INC.; SUNBELT FINANCE,
AS ASSIGNEE OF ROUTE ONE LLC;
TAFS PREMIUM FINANCE, INC., AS
ASSIGNEE OF RP SUPER TRUCKING;
BAXTER BAILEY & ASSOCIATES, AS
ASSIGNEE OF RUSH, INC.; COMPASS
FUNDING SOLUTIONS, AS ASSIGNEE
OF RVS EXPRESS, INC.; BAXTER
BAILEY & ASSOCIATES, AS ASSIGNEE
OF RXG CARGO CORP.; ANSONIA
CREDIT DATA DBA SOUTHWEST
CREDIT MANAGEMENT ASSOC., INC.,
AS ASSIGNEE OF S & H TRUCKING;
APEX CAPITAL CORP., AS ASSIGNEE

OF S & J CARRIER CORP.; S3 CAPITAL
LLC; ASSIST FINANCIAL SERVICES,
INC., AS ASSIGNEE OF SA EXPRESS
INC.; SAM'S TRUCKING SERVICES,
LLC; TBS FACTORING SERVICE, AS
ASSIGNEE OF SANCHEZ FAMILY
TRUCKING, LLC; APEX CAPITAL
CORP., AS ASSIGNEE OF SCARPITA
CARTAGE, INC.; TBS FACTORING
SERVICE, AS ASSIGNEE OF SEAGATE
FREIGHT LLC; FIRSTLINE FUNDING
GROUP, AS ASSIGNEE OF SEATTLE
PROFESSIONAL MOVING; SECURITY
TRANSPORT, INC.; SEDENA TRUCKING
SERVICES, INC.; ORANGE
COMMERCIAL CREDIT, AS ASSIGNEE
OF SEDENA TRUCKING SERVICES,
INC.; BAXTER BAILEY & ASSOCIATES,
AS ASSIGNEE OF SEDENA TRUCKING
SERVICES, INC.; SEVENOAKS
CAPITAL, AS ASSIGNEE OF SELAM
TRANS, INC.; RIVIERA FINANCE, AS
ASSIGNEE OF SGS EXPRESS, INC.;
APEX CAPITAL CORP., AS ASSIGNEE
OF SHABDAN BROTHERS, INC.; OTR
CAPITAL, LLC, AS ASSIGNEE OF
SHEARS TRANSPORTATION; EAGLE
CAPITAL CORPORATION, AS
ASSIGNEE OF SHO NUFF TRUCKIN,
INC.; SHOTGUN EXPRESS, INC.;
SILVICOM, INC.; COMPASS FUNDING
SOLUTIONS, AS ASSIGNEE OF
SILWADY TRUCKING, INC.; COMPASS
FUNDING SOLUTIONS, AS ASSIGNEE
OF SIRUS CORP.; SKY EXPRESS, INC.;
SKY TRANSPORT, INC.; RTS
FINANCIAL SERVICE, INC., AS
ASSIGNEE OF SKY TRANSPORT, INC.;
SL BLACK FOX TRANSPORT, LLC;
FOLEY CARRIER SERVICES, LLC, AS
ASSIGNEE OF SMART CHOICE; SMART
FREIGHT, INC.; RTS FINANCIAL
SERVICE, INC., AS ASSIGNEE OF

SMART FREIGHT, INC.; SMARTEN
TRANSPORT; SMITH
TRANSPORTATION SERVICES, INC.;
SNR SOLUTIONS, INC.; SOLID GROUP,
INC.; SONIC TRANS, INC.; SOUTH BAY
LOGISTICS, INC.; SAINT JOHN
CAPITAL CORPORATION, AS
ASSIGNEE OF SOUTH BAY LOGISTICS,
INC.; COMPASS FUNDING SOLUTIONS,
AS ASSIGNEE OF SOUTHWAY
CARRIERS, INC.; SPECTRUM EXPRESS,
INC.; RTS FINANCIAL SERVICE, INC.,
AS ASSIGNEE OF SPECTRUM EXPRESS,
INC.; SPEEDWAY LOGISTICS, INC.; RTS
FINANCIAL SERVICE, INC., AS
ASSIGNEE OF SPEEDWAY LOGISTICS,
INC.; SPEEDX TRANSPORT; BAXTER
BAILEY & ASSOCIATES, AS ASSIGNEE
OF SPRINT EXPRESS INC.; ADVANCE
BUSINESS CAPITAL LLC DBA
TRIUMPH BUSINESS CAPITAL, AS
ASSIGNEE OF ST. MARK OF ORLANDO
LLC; STANDARD TRUCKING, LLC; RTS
FINANCIAL SERVICE, INC., AS
ASSIGNEE OF STANDARD TRUCKING
LLC; STATE 2 STATE TRUCKS, INC.;
PHOENIX CAPITAL GROUP, LLC, AS
ASSIGNEE OF STATE 2 STATE
TRUCKS, INC.; STOUGHTON
LOGISTICS; STRADA LOGISTICS, LLC;
JD FACTORS, LLC, AS ASSIGNEE OF
STREAMX LLC; APEX CAPITAL CORP.,
AS ASSIGNEE OF STRONGHAUL, INC.;
APEX CAPITAL CORP., AS ASSIGNEE
OF SUNRISE HIGHWAY, LLC;
INTERSTATE CAPITAL CORP., AS
ASSIGNEE OF SUNRISE LOGISTICS;
BAXTER BAILEY & ASSOCIATES, AS
ASSIGNEE OF SUPERIOR OVERNIGHT
SERVICES, INC.; OTR CAPITAL, LLC,
AS ASSIGNEE OF SUR TRUCKS, LLC; T
& T FREIGHT; RTS FINANCIAL
SERVICE, INC., AS ASSIGNEE OF T & T

FREIGHT; TAC TRANS, INC.; APEX
CAPITAL CORP., AS ASSIGNEE OF TAC
TRANS, INC.; APEX CAPITAL CORP.,
AS ASSIGNEE OF TACAN TRANSPORT,
INC.; TADZ LOGISTICS INC.; TAK
TRUCKING, INC.; RTS FINANCIAL
SERVICE, INC., AS ASSIGNEE OF TAK
TRUCKING, INC.; ADVANCE BUSINESS
CAPITAL LLC DBA TRIUMPH
BUSINESS CAPITAL, AS ASSIGNEE OF
TAN ELEGANT, INC.; TAYLOR TRUCK
LINE; COMPASS FUNDING
SOLUTIONS, AS ASSIGNEE OF TEMPO
CARRIER, INC.; TGL LOGISTICS, INC.;
CRESTMARK BANK LLC, AS ASSIGNEE
OF TGL LOGISTICS, INC.; SUNBELT
FINANCE, AS ASSIGNEE OF THE B
BROTHER'S TRANSPORTATION
CORPORATION; TAFS PREMIUM
FINANCE, INC., AS ASSIGNEE OF
THREE BROTHERS TRUCKING LLC;
THREE WAY LOGISTICS, INC.; JD
FACTORS, LLC, AS ASSIGNEE OF
THUNDER LOGISTICS, INC.; TIGER
LOGISTICS; RTS FINANCIAL SERVICE,
INC., AS ASSIGNEE OF TIGER
LOGISTICS; COMPASS FUNDING
SOLUTIONS, AS ASSIGNEE OF TITAN
FREIGHT LINES, INC.; TITAN QUALITY
TRANSPORT; COMPASS FUNDING
SOLUTIONS, AS ASSIGNEE OF TLT
LOGISTICS, INC.; ADVANCE BUSINESS
CAPITAL LLC DBA TRIUMPH
BUSINESS CAPITAL, AS ASSIGNEE OF
TNT EXPRESS, INC.; RIVIERA
FINANCE, AS ASSIGNEE OF TOCHITOS
TRUCKING 1 INC.; OTR CAPITAL, LLC,
AS ASSIGNEE OF TOLOKEAA
TRANSPORT; TOMBACH CORP.; APEX
CAPITAL CORP., AS ASSIGNEE OF TOP
TRANSIT, LLC; TOWER TRUCK LINES,
INC.; ADVANCE BUSINESS CAPITAL
LLC DBA TRIUMPH BUSINESS

CAPITAL, AS ASSIGNEE OF TRAFIC
TRUCKING, LLC; TRALO COMPANIES,
INC.; TRANSFREIGHT LOGISTICS, INC.;
BAXTER BAILEY & ASSOCIATES, AS
ASSIGNEE OF TRANSFREIGHT
LOGISTICS, INC.; RTS FINANCIAL
SERVICE, INC., AS ASSIGNEE OF
TRANSFREIGHT LOGISTICS, INC.;
TRANSHIELD TRUCKING, INC.; JD
FACTORS, LLC, AS ASSIGNEE OF
TRANSFINITY LOGISTICS, INC.;
TRANSIT CORE, LLC; TRANSRAPID,
INC.; CD CONSORTIUM CORP., AS
ASSIGNEE OF TRANSRAPID, INC.;
BAXTER BAILEY & ASSOCIATES, AS
ASSIGNEE OF TRIVIUM TRANS, INC.;
CD CONSORTIUM CORPORATION, AS
ASSIGNEE OF TRUCKING EXPERTS,
LLC; RTS FINANCIAL SERVICE, INC.,
AS ASSIGNEE OF TRUCKING EXPERTS,
LLC; APEX CAPITAL CORP., AS
ASSIGNEE OF TRUCKLAND, INC.;
COMPASS FUNDING SOLUTIONS, AS
ASSIGNEE OF TRUCKS LLC; RIVIERA
FINANCE, AS ASSIGNEE OF TS
TRANSPORTATION, INC.; TUMAR
EXPRESS, INC.; TVM EXPRESS, INC.;
APEX CAPITAL CORP., AS ASSIGNEE
OF TWIN CITIES CARRIER, INC.; TWIN
EXPRESS, INC.; CORELOGIC, AS
ASSIGNEE OF TWIN EXPRESS, INC.;
RIVIERA FINANCE, AS ASSIGNEE OF
TWIN LOGISTICS EXPRESS, INC.; U
BROTHERS INC.; COMPASS FUNDING
SOLUTIONS, AS ASSIGNEE OF UAL
EXPRESS, INC.; TBS FACTORING
SERVICE, LLC, AS ASSIGNEE OF  UBER
TRUCKING, LLC; ULTRA TRUCKING,
INC.; BAXTER BAILEY & ASSOCIATES,
AS ASSIGNEE OF UNI TRANS, INC.; JD
FACTORS, LLC, AS ASSIGNEE OF
UNICO TRANS CORP.; COMPASS
FUNDING SOLUTIONS, AS ASSIGNEE

OF UNIQUE FREIGHT CARRIERS, INC.;
ORANGE COMMERCIAL CREDIT, AS
ASSIGNEE OF UNITED TRANS GROUP,
INC.; SEVENOAKS CAPITAL, AS
ASSIGNEE OF UNITED TRANSPORT
LOGISTICS; ASSIST FINANCIAL
SERVICES, INC. OF UNITRANS INC.; JD
FACTORS, LLC, AS ASSIGNEE OF
UNLIMITED FREIGHT INC.; JD
FACTORS, LLC, AS ASSIGNEE OF US
EXPEDITORS, INC.; ASSIST FINANCIAL
SERVICES, INC., AS ASSIGNEE OF US
EXPRESS INC.; CRESTMARK BANK, AS
ASSIGNEE OF US FREIGHTWAYS
LOGISTICS, INC.; USA CARGO, INC.;
COMPASS FUNDING SOLUTIONS, AS
ASSIGNEE OF USA LOGISTICS, INC.;
APEX CAPITAL CORP., AS ASSIGNEE
OF USKO EXPRESS INC.; VALOR
EXPRESS, INC.; LSQ FUNDING GROUP,
L.C., AS ASSIGNEE OF VALOR
EXPRESS, INC.; VAN DAM
TRANSPORT; VARGAS
TRANSPORTATION LLC BY
CORELOGIC; VARTA, INC.; RTS
FINANCIAL SERVICE, INC., AS
ASSIGNEE OF VARTA, INC.; APEX
CAPITAL CORP., AS ASSIGNEE OF VBS
EXPRESS, INC.; OTR CAPITAL, LLC, AS
ASSIGNEE OF VGK EXPRESS, INC.; VIA
LOGISTICS, INC.; RTS FINANCIAL
SERVICE, INC., AS ASSIGNEE OF VIA
LOGISTICS, INC.; VICTORY TRANSIT,
INC.; ADVANCE BUSINESS CAPITAL,
LLC, DBA TRIUMPH BUSINESS
CAPITAL, AS ASSIGNEE OF VICTORY
TRANSIT, INC.; INTERSTATE CAPITAL
CORPORATION, AS ASSIGNEE OF
VIKINGS TRUCKING; COMPASS
FUNDING SOLUTIONS, AS ASSIGNEE
OF VIKTOR TRANSPORTATION, INC.;
BAXTER BAILEY & ASSOCIATES, AS
ASSIGNEE OF VILANO

INCORPORATED; FIRSTLINE FUNDING
GROUP, AS ASSIGNEE OF VINTAGE
TRANSPORT LLC; VIP EXPEDITED;
APEX CAPITAL CORP., AS ASSIGNEE
OF VITO LLC; APEX CAPITAL CORP.,
AS ASSIGNEE OF VKP LINE, INC.;
COMPASS FUNDING SOLUTIONS, AS
ASSIGNEE OF VL TRUCKING, INC.;
ASSIST FINANCIAL SERVICES, INC., AS
ASSIGNEE OF VMB TRANSPORTATION
INC.; CD CONSORTIUM CORP., AS
ASSIGNEE OF VODIK TRANSPORT,
INC.; VERO BUSINESS CAPITAL LLC,
AS ASSIGNEE OF VOLCANO
TRANSPORT, INC.; APEX CAPITAL
CORP., AS ASSIGNEE OF VOYAGER
NATION, INC.; RTS FINANCIAL
SERVICE, INC., AS ASSIGNEE OF VS
EXPRESS, INC.; BAXTER BAILEY &
ASSOCIATES, AS ASSIGNEE OF VS
EXPRESS, INC.; COMPASS FUNDING
SOLUTIONS, AS ASSIGNEE OF VS
TRUCKLINES, INC.; TAFS PREMIUM
FINANCE, INC., AS ASSIGNEE OF VSM
EXPRESS; TRANSAM FINANCIAL
SERVICES, INC., AS ASSIGNEE OF VSM
EXPRESS; TBS FACTORING SERVICE,
LLC, AS ASSIGNEE OF WERK'S
TRUCKIN LLC; APEX CAPITAL CORP.,
AS ASSIGNEE OF WEST COAST
EXPRESS; BAXTER BAILEY &
ASSOCIATES, AS ASSIGNEE OF WEST
PROLINE LOGISTICS; WEST PROLINE
LOGISTICS; QUICK PAY, AS ASSIGNEE
OF WEST PROLINE LOGISTICS;
FIRSTLINE FUNDING GROUP, AS
ASSIGNEE OF WESTERN LINES, INC.;
APEX CAPITAL CORP., AS ASSIGNEE
OF WESTERN TRANSPORT, LLC;
WHITE STAR TRANSPORT, INC.; BAY
VIEW FUNDING, AS ASSIGNEE OF
WHITE STAR TRANSPORT, INC.; WILD
EAGLE EXPRESS; FIRSTLINE FUNDING

GROUP, AS ASSIGNEE OF WILLIAMS
TRANSPORT; FIRSTLINE FUNDING
GROUP, AS ASSIGNEE OF WINDSTAR
LINES; WINDY HILL FOLIAGE, INC.;
RIVIERA FINANCE, AS ASSIGNEE OF
XXX LOGISTICS, INC.; ADVANCE
BUSINESS CAPITAL LLC DBA
TRIUMPH BUSINESS CAPITAL, AS
ASSIGNEE OF YARE EXPRESS;
FINANCIAL CARRIER SERVICES, INC.,
AS ASSIGNEE OF YD TRUCKING
CORP.; COMPASS FUNDING
SOLUTIONS, AS ASSIGNEE OF YOPO
TRANSPORT; APEX CAPITAL CORP.,
AS ASSIGNEE OF YUGO EXPRESS,
INC.; BAXTER BAILEY & ASSOCIATES,
AS ASSIGNEE OF YULIVAN CARRIERS,
INC.; Z TOP LOGISTICS, INC.; CREDIT
EXPRESS, INC., AS ASSIGNEE OF Z TOP
LOGISTICS, INC.; Z TRANSPORTATION,
INC.; RTS FINANCIAL SERVICE, INC.,
AS ASSIGNEE TO Z
TRANSPORTATION, INC.; BIBBY
TRANSPORTATION FINANCE, INC., AS
ASSIGNEE OF ZAKPOL TRUCKING;
ADVANCE BUSINESS CAPITAL LLC
DBA TRIUMPH BUSINESS CAPITAL, AS
ASSIGNEE OF ZAR'S EXPRESS;
BAXTER BAILEY & ASSOCIATES, AS
ASSIGNEE OF ZDL EXPRESS, INC.;
ADVANCE BUSINESS CAPITAL LLC
DBA TRIUMPH BUSINESS CAPITAL, AS
ASSIGNEE OF ZEMA
TRANSPORTATION, LLC; APEX
CAPITAL CORP., AS ASSIGNEE OF
ZEROMAX MOTORS, INC.

Defendants.

## **COMPLAINT IN INTERPLEADER**

Merchants Bonding Company (Mutual) ("Merchants"), by and through its counsel, sets

forth for its Complaint for Interpleader against the Interpleader Defendants as set forth below (collectively referred to as the "Interpleader Defendants") and states the following:

## PARTIES

1.      Merchants is an Iowa corporation with its principal place of business located in West Des Moines, Iowa.

2.      Interpleader Defendant Apex Capital Corp. as assignee of 10-4 Alliance LLC, is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

3.      Interpleader Defendant 1st Choice Express, Inc., is, on information and belief, an Illinois corporation and can be served through its registered agent Adam Derkacz, 43 E. Pine Ave., Roselle, IL 60172.

4.      Interpleader Defendant Sunbelt Finance, as Assignee of 2K Transportation, Inc., is, on information and belief, an Arizona corporation and can be served  through Mickey Seeman, Sunbelt's Registered Agent, 2900 Browns Ln., Jonesboro, AR 72401.

5.      Interpleader Defendant, Compass Funding Solutions, as Assignee of 4 Way Trans, LLC, is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

6.      Interpleader Defendant, Bibby Transportation Finance, Inc., as Assignee of A & D Carrier, is, on information and belief, a Georgia corporation, and can be served through

Corporation Service Company, Bibby's Registered Agent, 40 Technology Parkway South, Suite 300, Norcross, GA 30092.

7.      Interpleader Defendant, Phoenix Capital Group, LLC, as Assignee of A & E First Choice Moving Transportation, is, on information and belief, a Texas corporation, and can be served through Matthew B. Sapp, Phoenix's Registered Agent, 15851 Dallas Pkwy., Addison, TX 75001.

8.      Interpleader Defendant, Apex Capital Corp., as Assignee of A & L Transit, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

9.      Interpleader Defendant, Pavestone Capital, as Assignee of A & S Trucking, LLC, is, on information and belief, an Idaho corporation, and can be served through Diana Clover, Pavestone's Registered Agent, 6905 Hwy. 95, Fruitland, ID 83619.

10.      Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of A & T Trucking, LLC, is, on information and belief, a Texas corporation and can be served through its registered agent Corporation Service Company dba Lawyers Incorporating Service Company, 211 E. 7th St., Suite 620, Austin, TX 78701.

11.      Interpleader Defendant, Apex Capital Corp., as Assignee of A D A Logistics Corp., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

12.      Interpleader Defendant, SevenOaks Capital, as Assignee of A Family Towing & Transport, is, on information and belief, a Louisiana corporation, and can be served through Jeffry E. Foil, SevenOaks' Registered Agent, 7854 Anselmo Ln., Baton Rouge, LA 70810.

13.     Interpleader Defendant, Apex Capital Corp., as Assignee of A G & B Logistics, is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

14.     Interpleader Defendant, Apex Capital Corp., as Assignee of A N Enterprise, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

15.     Interpleader Defendant, Apex Capital Corp., as Assignee of A N M Transport, LLC, is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

16.     Interpleader Defendant, Compass Funding Solutions, as Assignee of A1 Freight, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

17.     Interpleader Defendant, Interstate Capital Corporation, as Assignee of Above Par Transportation, is, on information and belief, a New Mexico corporation and can be served through Interstate Financial Corporation, Interstate's Registered Agent, 1255 Country Club Rd., #D, Santa Teresa, NM 88008.

18.     Interpleader Defendant, Vero Business Capital LLC, as Assignee of AC Express, Inc., is, on information and belief a Tennessee corporation, and can be served through Paracorp Incorporated, Vero's Registered Agent, 992 Davidson Dr., Suite B, Nashville, TN 37205.

19.     Interpleader Defendant, Adex, Inc., is, on information and belief, an Illinois corporation, and can be served through Artur Dawidowski, Registered Agent, 827 Medford Dr., Carol Stream, IL 60188.

20.     Interpleader Defendant RTS Financial Service, as Assignee of Adex, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS  66614.

21.     Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of Advance Transport, Inc., is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

22.     Interpleader Defendant, AG Expedited, Inc., is, on information and belief, an Illinois corporation, and can be served through Arturas Gurskas, Registered Agent, 676 Cumberland Trl., Apt. B1, Roselle, IL 60172.

23.     Interpleader Defendant, AG Lines, Inc., is, on information and belief, an Illinois corporation, and can be served through Arunas Kucinskas, Registered Agent, 8546 W. 103 Terrace, 101, Palos Hills, IL 60465.

24.     Interpleader Defendant, Airline Transportation, is, on information and belief, a Minnesota corporation, and can be served through its Registered Agent, 3030 Lexington Ave., Suite 150, Eagan, MN 55121.

25.     Interpleader Defendant, Crestmark Bank, as Assignee of Airtime Express, Inc., is, on information and belief, a Tennessee corporation, and can be served through Heath

Holdbrooks, Crestmark's Registered Agent, 800 Crescent Centre Dr., Suite 620, Franklin, TN 37067.

26.     Interpleader Defendant, Apex Capital Corp., as Assignee of Akal Trucking, LLC, is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

27.     Interpleader Defendant, Interstate Capital Corporation, as Assignee of Amazon Logistics, is, on information and belief, a New Mexico corporation and can be served through Interstate Financial Corporation, Interstate's Registered Agent, 1255 Country Club Rd., #D, Santa Teresa, NM 88008.

28.     Interpleader Defendant, American Motor Transportation, Inc., is, on information and belief, an Illinois corporation, and can be served through Milos Bozovic, Registered Agent 8628 Tuttle Dr., Unit 3, Palos Hills, IL 60465.

29.     Interpleader Defendant, RTS Financial Service, as Assignee of American Motor Transportation, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS  66614.

30.     Interpleader Defendant, Amerifreight Systems, LLC, is, on information and belief, an Illinois corporation and can be served through Rumen B. Valnev, Registered Agent 8747 W. Bryn Mawr Ave., #408, Chicago, IL 60631.

31.     Interpleader Defendant, RTS Financial Service, as Assignee of Amerifreight Systems, LLC, is, on information and belief, a Kansas corporation, and can be served through

Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

32.     Interpleader Defendant, Vero Business Capital LLC, as Assignee of Amerigo, Inc., is, on information and belief a Tennessee corporation, and can be served through Paracorp Incorporated, Vero's Registered Agent, 992 Davidson Dr., Suite B, Nashville, TN 37205.

33.     Interpleader Defendant, AMG Freight, is, on information and belief, an Illinois corporation, and can be served through Tuul Dashzeveg, Registered Agent, 709 Rose Rd., Lake Zurich, IL 60047.

34.     Interpleader Defendant, AMG Logistics, Inc., is, on information and belief, an Illinois corporation, and can be served through Elizabeth Vasko, Registered Agent. 3 Grant Sq., #221, Hinsdale, IL 60521.

35.     Interpleader Defendant, RTS Financial Service, as Assignee of AMG Logistics, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

36.     Interpleader Defendant, AMZ Trans, Inc., is, on information and belief, an Illinois corporation, and can be served through Yuriy Zhdan, Registered Agent, 2930 N. Harlem Ave, 1A, Elmwood Park, IL 60707.

37.     Interpleader Defendant CD Consortium Corporation, as Assignee of AMZ Trans, Inc., is, on information and belief, an Illinois corporation, and can be served through Nick Tanglis, CD's Registered Agent, 8930 N. Waukegan Rd., #230, Morton Grove, IL 60053.

38.    Interpleader Defendant, ANG Transportation, Inc., is, on information and belief, an Illinois corporation, and can be served through Atanas Ivanov, Registered Agent, 6920 W. Higgins Rd., Apt. 3F, Rosemont, IL 60018.

39.    Interpleader Defendant, Assist Financial Services, Inc., as Assignee of AP Trucking LLC, is, on information and belief, a South Dakota corporation, and can be served through Brian G. Kringen, Assist's Registered Agent, 1533 NW 2nd St., Madison, SD 57042.

40.    Interpleader Defendant, Foley Carrier Services, LLC, as Assignee of Aplus Express, is, on information and belief, a Nebraska corporation, and can be served through Cogency Global, Inc., Foley's Registered Agent, 5601 E. 59th St., Suite C, Lincoln, NE 68516.

41.    Interpleader Defendant CJM Financial, Inc., as Assignee of A-Plus Trucking, LLC, is, on information and belief, an Iowa corporation, and can be served through Trent Murphy, CJM's Registered Agent, 1014 SE Lorenz Dr., Ankeny, IA 50021.

42.    Interpleader Defendant, Compass Funding Solutions, as Assignee of Arch Transport, LLC, is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

43     Interpleader Defendant Apex Capital Corp. as assignee of Arm Lines, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

44.    Interpleader Defendant, Arnhalt Transportation Brokerage, Inc., is, on information and belief, a North Dakota corporation, and can be served through Kevin J. Arnhalt, Registered Agent, 4141 38th St. SW, Suite C2, Fargo, ND 58104.

45.     Interpleader Defendant CoreLogic, as Assignee of Arnhalt Transportation Brokerage, Inc., is, on information and belief a Minnesota corporation, and can be served through CoreLogic's Registered Agent, 2775 101st Ave. NE, Blaine, MN 55434.

46.     Interpleader Defendant, Arrow Trans Corp., is, on information and belief, an Illinois corporation, and can be served through Anna Klich, Registered Agent, 1183 E. Azalea Ln., Unit A, Palatine, IL 60074.

47.     Interpleader Defendant Art Logistics, is, on information and belief, an Illinois corporation, and can be served through Arkadiusz Gruszka, Registered Agent, 13067 Main St. Lemont, IL 60439.

48.     Interpleader Defendant Riviera Finance of Texas, Inc., as Assignee of Art Logistics, is, on information and belief, an Illinois corporation, and can be served through Incorp Services, Riviera's Registered Agent, 901 S. 2nd St., Suite 201, Springfield, IL 62704.

49.     Interpleader Defendant Artudianti, Inc., is, on information and belief, an Illinois corporation, and can be served through Irakli Rekhviashvili, Registered Agent, 425 Huehl Rd., Unit B, Northbrook, IL 60062.

50.     Interpleader Defendant RTS Financial Service, as Assignee of Artudianti, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS  66614.

51.     Interpleader Defendant, AT Line, Inc., is, on information and belief, an Illinois corporation, and can be served through Aleksandar Todorovic, Registered Agent, 6509 N. Hoyne Ave., Apt. 2N, Chicago, IL 60645.

52.     Interpleader Defendant Fleet One Factoring, LLC, as Assignee of AT Line, Inc., is, on information and belief, a Tennessee corporation and can be served through Corporation Service Company, Fleet's Registered Agent, 2908 Poston Ave., Nashville, TN 37203.

53.     Interpleader Defendant ATD Express, Inc., is, on information has assigned its claim to Assist Financial Services, Inc. which, on information and belief is a South Dakota corporation  that can be served through Brian G. Kringen, Assist's Registered Agent, 1533 NW 2nd St., Madison, SD  57042.

54.     Interpleader Defendant FirstLine Funding Group, as Assignee of Atlantic Coast Logistics, is, on information and belief, a South Dakota corporation, and can be served through First Bank & Trust, First Line's Registered Agent, 110 N. Minnesota Ave., Sioux Falls, SD 57104.

55.     Interpleader Defendant, Autodina, Corp., is, on information and belief, an Illinois corporation, and can be served through Marius Miloncius, Registered Agent, 526 Keepawaw Dr., Lemont, IL 60439.

56.     Interpleader Defendant Freight Factoring Specialists, as Assignee of Avail Transport, Inc., is, on information and belief, a Florida corporation and can be served through Newman Holdings, LLC, Freight's Registered Agent, 3284 N. 29th Ct., Hollywood, FL 33020.

57.     Interpleader Defendant Apex Capital Corp. as assignee of B & K Group, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent  Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

58.     Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of B & M Express, Inc., is, on information and belief, a Texas corporation

34

and can be served through its registered agent Corporation Service Company dba Lawyers Incorporating Service Company, 211 E. 7th St., Suite 620, Austin, TX 78701.

59.     Interpleader Defendant TBS Factoring Service, as Assignee of B.W.R. Transportation, Inc., is, on information and belief, an Oklahoma corporation, and can be served through Wood Kaufman, TBS' Registered Agent, 3909 N. Classen Blvd., Oklahoma City, OK 73118.

60.     Interpleader Defendant Sunbelt Finance, as Assignee of Bandera Transportation, Inc., is, on information and belief, an Arizona corporation, and can be served through Mickey Seeman, Sunbelt's Registered Agent, 2900 Browns Ln., Jonesboro, AR 72401.

61.     Interpleader Defendant Bay and Bay Transportation, is, on information and belief, a Minnesota corporation, and can be served through its Registered Agent, 3686 E. 140th St., Rosemount, MN 55068.

62.     Interpleader Defendant, Compass Funding Solutions, as Assignee of BB Wolf, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

63.     Interpleader Defendant JD Factors, LLC, as Assignee of BBS Trucking, Inc., is, on information and belief, an Illinois corporation, and can be served through C T Corporation System, JD's Registered Agent, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

64.     Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of Bekteshi Logistics, Inc., is, on information and belief, a Texas

corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

65.      Interpleader Defendant Benjamin Best Freight, is, on information and belief, an Ohio corporation and can be served through Howard D. Cade III, Registered Agent, 526 A Wards Corner Rd., Loveland, OH 45104.

66.      Interpleader Defendant, Apex Capital Corp., as Assignee of Best Way Logistics, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

67.      Interpleader Defendant BFreight, Inc., is, on information and belief, an Illinois corporation and can be served through Iuliia Shevchenko, Registered Agent, 175 S. Lincoln Ave., Suite 487, Addison, IL 60101.

68.      Interpleader Defendant, RTS Financial Service, as Assignee of BFreight, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS  66614.

69.      Interpleader Defendant, Compass Funding Solutions, as Assignee of BH92 Trucking, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

70.      Interpleader Defendant BL Quality Trans Inc. is, on information and belief, an Illinois corporation and can be served through Luminita Bivol, Registered Agent, 1080 Knoll Ln., Apt 308, Hoffman Estates, IL 60169.

36

71.     Interpleader Defendant Credit Express, Inc., as Assignee of BL Quality Trans Inc., is, on information and belief, an Illinois corporation and can be served through Alexander Narod, Credit's Registered Agent., 601 Skokie Blvd., Suite 503, Northbrook, IL 60062.

72.     Interpleader Defendant, Black Sea Transportation, is, on information and belief, an Illinois corporation and can be served through Darina Georgieva, Registered Agent, 909 Hammerschmidt Ave., Lombard, IL 60148.

73.     Interpleader Defendant, Apex Capital Corp., as Assignee of Black Sea Transportation, is, on information and belief, a Texas corporation and can be served through its registered agent, Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

74.     Interpleader Defendant Black Wolf Transportation, is, on information and belief an Illinois corporation and can be served through Edyta Ksiag, Registered Agent. 600 Tollgate Rd., Suite C. Elgin, IL 60123.

75.     Interpleader Defendant, RTS Financial Service, as Assignee of Black Wolf Transportation, is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS  66614.

76.     Interpleader Defendant Blast Transport, Inc., is, on information and belief, an Illinois corporation and can be served through Marcin Stajniak, Registered Agent, 296 N. Addison Rd., Wood Dale, IL 60191.

77.     Interpleader Defendant, RTS Financial Service, as Assignee of Blast Transport, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation

Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

78.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of Bluestar Services, LLC, is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS  39232.

79.     Interpleader Defendant, Bibby Transportation Finance, Inc., as Assignee of Bluestone Enterprises, is, on information and belief, a Georgia corporation, and can be served through Corporation Service Company, Bibby's Registered Agent, 40 Technology Parkway South, Suite 300, Norcross, GA 30092.

80.     Interpleader Defendant BM, Corp. is, on information and belief an Illinois corporation and can be served through Tomasz Dziugan, Registered Agent, 717 Utah Cir., Elk Grove Village, IL 60007.

81.     Interpleader Defendant Bo Tech Transportation is, on information and belief a California corporation and can be served through Hugo Hernandez, Owner, 2678 Kenwood Ct., Tulare, CA 92374.

82.     Interpleader Defendant FirstLine Funding Group, as Assignee of Boost Enterprises, is, on information and belief, a South Dakota corporation, and can be served through First Bank & Trust, First Line's Registered Agent, 110 N. Minnesota Ave., Sioux Falls, SD 57104.

83.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of Boost Enterprises, is, on information and belief a Mississippi corporation and can be served through C

38

T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

84.     Interpleader Defendant FirstLine Funding Group, as Assignee of BR Cargo, is, on information and belief, a South Dakota corporation, and can be served through First Bank & Trust, First Line's Registered Agent, 110 N. Minnesota Ave., Sioux Falls, SD 57104.

85.     Interpleader Defendant BR Cargo, LLC, is, on information and belief, an Illinois corporation and can be served through Spiegel & Utrera, PA, Registered Agent, 123 W Madison St., Suite 806, Chicago, IL 60602.

86.     Interpleader Defendant Phoenix Capital Group, LLC, as Assignee of Brave Freight, is, on information and belief, a Texas corporation and can be served through Matthew B. Sapp, Phoenix's Registered Agent, 15851 Dallas Pkwy., Addison, TX 75001.

87.     Interpleader Defendant OTR Capital, LLC, as Assignee of BRF Enterprises, is, on information and belief, a Georgia corporation and can be served through Fritz Owens, ORT's Registered Agent, 1774 Danforth Ct., Marietta, GA 30062.

88.     Interpleader Defendant Brian, Inc., is, on information and belief, a Wisconsin corporation and can be served through its Registered Agent, 6201A S. Ace Industrial Dr., Cudahy, WI 53110.

89.     Interpleader Defendant Brite Logistics, Inc. is, on information and belief, an Illinois corporation, and can be served through Eric J. Emerson, Registered Agent, 53 W. Jackson Blvd., Suite 526, Chicago, IL 60604.

90.     Interpleader Defendant BTI, Inc., is, on information and belief, an Illinois corporation and can be served through Volodymyr Borshchovskyy, Registered Agent, 1N547 Forest Ave., Glen Ellyn, IL 60137.

91.     Interpleader Defendant FirstLine Funding Group, as Assignee of Bulls Eye Expedition, is, on information and belief, a South Dakota corporation, and can be served through First Bank & Trust, First Line's Registered Agent, 110 N. Minnesota Ave., Sioux Falls, SD 57104.

92.     Interpleader Defendant Bulmaks, Inc., is, on information and belief, an Illinois corporation and can be served through Yosif Lukov, Registered Agent, 709 Merlin Dr., Schaumburg, IL 60193.

93.     Interpleader Defendant, RTS Financial Service, as Assignee of Bulmaks, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS  66614.

94.     Interpleader Defendant TBS Factoring Service, as Assignee of Burton Transportation Services, LLC, is, on information and belief, an Oklahoma corporation, and can be served through Wood Kaufman, TBS' Registered Agent, 3909 N. Classen Blvd., Oklahoma City, OK 73118.

95.     Interpleader Defendant Business Lines Corp., is, on information and belief, a Delaware corporation and can be served through Legalinc Corporate Services, Inc., Registered Agent, 2035 Sunset Lake Rd., Suite B-2, Newark, DE 19702.

96.     Interpleader Defendant CD Consortium Corporation, as Assignee of Business Lines Corp., is, on information and belief, an Illinois corporation, and can be served through Nick Tanglis, CD's Registered Agent, 8930 N. Waukegan Rd., #230, Morton Grove, IL 60053.

97.     Interpleader Defendant, Foley Carrier Services, LLC, as Assignee of Butter B Trucking, is, on information and belief, a Nebraska corporation, and can be served through Cogency Global, Inc., Foley's Registered Agent, 5601 E. 59th St., Suite C, Lincoln, NE 68516.

98.     Interpleader Defendant, C & I Trucking, Inc., on information and belief is a Texas corporation and can be served through Maria Morales, Registered Agent, 302 Crossbill St., Laredo, TX 78045.

99.     Interpleader Defendant Apex Capital Corp. as assignee of C R N A, is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

100.     Interpleader Defendant, Crestmark Bank, as Assignee of Cannon, LLC, is, on information and belief, a Tennessee corporation, and can be served through Heath Holdbrooks, Crestmark's Registered Agent, 800 Crescent Centre Dr., Suite 620, Franklin, TN 37067.

101.     Interpleader Defendant Apex Capital Corp. as assignee of Capitol Trucking, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

102.     Interpleader Defendant, Steelhead Finance, as Assignee of Car Transport, Inc., is, on information and belief an Oregon corporation and can be served through Roger Hull, Steelhead's Registered Agent, 3518 Heathrow Way, Medford, OR 97504.

41

103.     Interpleader Defendant Apex Capital Corp. as assignee of Cargal Transport, LLC, is, on information and belief, a Texas corporation and  can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

104.     Interpleader Defendant Cargo Transit Corp. is, on information and belief, an Illinois corporation and can be served through Marek Raczka, Registered Agent, 6720 W. Dakin, Chicago, IL 60634.

105.     Interpleader Defendant TAFS Premium Finance, Inc., as Assignee of Cargo USA, Inc., is, on information and belief, a Missouri corporation and can be served through C T Corporation System, TAFS' Registered Agent, 120 South Central Ave., Clayton, MO  63105.

106.     Interpleader Defendant Apex Capital Corp. as assignee of Cargomax Incoporated, is, on information and belief, a Texas corporation and  can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

107.     Interpleader Defendant Apex Capital Corp. as assignee of Cargox, Inc., is, on information and belief, a Texas corporation and  can be served through its registered agent  Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

108.     Interpleader Defendant Carrier Management, Inc. is, on information and belief, an Illinois corporation and can be served through Gytis Dobenas, Registered Agent, 869 Trace Dr., #204, Buffalo Grove, IL 60089.

109.     Interpleader Defendant, RTS Financial Service, as Assignee of Carrier Management, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS  66614.

110.     Interpleader Defendant OTR Capital, LLC, as Assignee of Carry On Express Logistics is, on information and belief, a Georgia corporation and can be served through Fritz Owens, OTR's Registered Agent, 1774 Danforth Ct., Marietta, GA 30062.

111.     Interpleader Defendant CD Consortium Corp. is, on information and belief, an Illinois corporation and can be served through Nick Tanglis, Registered Agent, 8930 N. Waukegan Rd., #230, Morton Grove, IL 60053.

112.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of CDA Delivery Service, Inc., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS  39232.

113.     Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of Central Logistics, LLC, is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

114.     Interpleader Defendant Central Logistics Group, Inc. is, on information and belief, an Illinois corporation and can be served through Tetyana Dovhaychuk, Registered Agent, 500 E. St. Charles Rd., Suite 504, Lombard, IL 60148.

115.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of Chris Lines Company, is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

116.     Interpleader Defendant CMW Transport Co., Inc. is, on information and belief, an Indiana corporation and can be served through David N. Miller, Registered Agent, 2715 Marion Dr., Kendallville, IN 46755.

117.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of Coast Connection, Inc., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

118.     Interpleader Defendant Conick Logistics, Inc. is, on information and belief, an Illinois corporation and can be served through Cornel Murgu, Registered Agent, 2555 W. Victor, Apt. 211, Glenview, IL 60025.

119.     Interpleader Defendant TAFS Premium Finance, Inc., as Assignee of Continental Freight Solutions, is, on information and belief, a Missouri corporation and can be served through C T Corporation System, TAFS' Registered Agent, 120 South Central Ave., Clayton, MO 63105.

120.     Interpleader Defendant, Compass Funding Solutions, as Assignee of Corb, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

121.     Interpleader Defendant Pavestone Capital, as Assignee of Cowboy Logistics, LLC is, on information and belief, an Idaho corporation and can be served through Diana Clover, Pavestone's Registered Agent, 6905 Hwy. 95, Fruitland, ID 83619.

122.    Interpleader Defendant Cross Express, Co. is, on information and belief, an Illinois corporation and can be served through Dimitar Yovov, Registered Agent, 875 E. Devon Ave., Elk Grove Village, IL 60007.

123.    Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of D & M Logistics,, LLC, is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

124.    Interpleader Defendant D & S Factors LLC is, on information and belief, an Idaho corporation and can be served through Diana Luoma, Registered Agent, 6905 HWY 95, Fruitland, ID  83619.

125.    Interpleader Defendant TBS Factoring Service, as Assignee of D and L Trucking is, on information and belief, an Oklahoma corporation, and can be served through Wood Kaufman, TBS' Registered Agent, 3909 N. Classen Blvd., Oklahoma City, OK 73118.

126.    Interpleader Defendant Apex Capital Corp. as assignee of D F H Transportation, LLC, is, on information and belief, a Texas corporation and  can be served through its registered agent  Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

127.    Interpleader Defendant Apex Capital Corp. as assignee of D M Express, Inc., is, on information and belief, a Texas corporation and  can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

128.     Interpleader Defendant Apex Capital Corp. as assignee of D V S Transportation, Inc., is, on information and belief, a Texas corporation and  can be served through its registered agent  Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

129.     Interpleader Defendant TBS Factoring Service, as Assignee of D E O Transport, Inc., is, on information and belief, an Oklahoma corporation, and can be served through Wood Kaufman, TBS' Registered Agent, 3909 N. Classen Blvd., Oklahoma City, OK 73118.

130.     Interpleader Defendant, Assist Financial Services, Inc., as Assignee of DAB Trucking Services, is, on information and belief, a South Dakota corporation, and can be served through Brian G. Kringen, Assist's Registered Agent, 1533 NW 2nd St., Madison, SD  57042.

131.     Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of Daily Transport, Inc., is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

132.     Interpleader Defendant CJM Financial, Inc., as Assignee of Daily Transportation, Inc., is, on information and belief, an Iowa corporation, and can be served through Trent Murphy, CJM's Registered Agent, 1014 SE Lorenz Dr., Ankeny, IA  50021.

133.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of Daily Transportation, Inc., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS  39232.

134.     Interpleader Defendant, Compass Funding Solutions, as Assignee of Davis Cargo, LLC, is, on information and belief, an Illinois corporation and can be served through Arleesia

McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

135.    Interpleader Defendant DC Transport, Inc. is, on information and belief a California corporation and can be served through Evelina Popovich, Registered Agent, 4897 Willowbrook Dr., Sacramento, CA 95842.

136.    Interpleader Defendant Delta Carrier Group, Inc. is, on information and belief, an Illinois corporation and can be served through John R. Ostojic, Registered Agent, 19 North Green, Suite 1000, Chicago, IL 60607.

137.    Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of Delta Carrier Group, Inc., is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

138.    Interpleader Defendant Orange Commercial Credit, as Assignee of Delta Logistics, Inc. is, on information and belief a Washington corporation and can be served through Orange Commercial Credit, Orange's Registered Agent, 2415 Heritage Ct. SW, Olympia, WA 98502.

139.    Interpleader Defendant Delta Transport, Inc. is, on information and belief, a California corporation and can be served through Vyacheslav Sidlovskyy, Registered Agent 6848 26th St., Rio Linda, CA 95673.

47

140.    Interpleader Defendant TCI Business Capital, Inc., as Assignee of Delta Transport, Inc. is, on information and belief, a Minnesota corporation and can be served through TCI's Registered Agent, 12270 Nicollet Ave. S, Burnsville, MN 55337.

141.    Interpleader Defendant, Compass Funding Solutions, as Assignee of D-Evine, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

142.    Interpleader Defendant DF Carrier LLC is, on information and belief, a Michigan corporation and can be served through Jagdeep Dhillon, Registered Agent, 28537 Wick Rd., Romulus, MI 48174.

143.    Interpleader Defendant FirstLine Funding Group, as Assignee of DF Carrier LLC, is, on information and belief, a South Dakota corporation, and can be served through First Bank & Trust, First Line's Registered Agent, 110 N. Minnesota Ave., Sioux Falls, SD  57104.

144.    Interpleader Defendant Diamond Freight, Inc. is, on information and belief, an Illinois corporation and can be served through Licensing & Accounting of IL, Registered Agent, 732 Blue Ridge Dr., Streamwood, IL 60107.

145.    Interpleader Defendant, Compass Funding Solutions, as Assignee of DIJ Corp., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

146.    Interpleader Defendant Direct Service Transport, Inc. is, on information and belief, a Minnesota corporation and can be served through Direct Service Transport, Inc., Registered Agent, 1100 N. Concord St., South St. Paul, MN 55075

48

147.    Interpleader Defendant Baxter Bailey & Associates, as Assignee of Distribution Solutions, Inc., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS  39232.

148.    Interpleader Defendant Divine Enterprises is, on information and belief, a California corporation and can be served through Nick Yarmolyuk, Registered Agent, 344 Ironwood Cir., Roseville, CA 95678.

149.    Interpleader Defendant DLK Trucking, Inc. is, on information and belief, a Wisconsin corporation and can be served through Dale L. Koenig, Registered Agent, 5182 Hoover Ave., Plover, WI 54467.

150.    Interpleader Defendant TAFS Premium Finance, Inc., as Assignee of DM World Transportation, is, on information and belief, a Missouri corporation and can be served through C T Corporation System, TAFS' Registered Agent, 120 South Central Ave., Clayton, MO 63105.

151.    Interpleader Defendant Transam Financial Services, Inc., as Assignee of DM World Transportation is, on information and belief, a Kansas corporation and can be served through SBLSG Registered Agent, LLC, Transam's Registered Agent, 9300 West 110th St., Suite 200, Overland Park, KS 66212.

152.    Interpleader Defendant DMN Transport, Inc. is, on information and belief, an Illinois corporation and can be served through Deimantas Rudzionis, Registered Agent, 125 41st St., Downers Grove, IL 60515.

153.     Interpleader Defendant, RTS Financial Service, as Assignee of DMN Transport, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

154.     Interpleader Defendant Dolche Truckload, Corp. is, on information and belief, an Illinois corporation and can be served through Desislava Evans, Registered Agent, 473 W. Northwest Hwy, Suite 2E, Palatine, IL 60067.

155.     Interpleader Defendant, RTS Financial Service, as Assignee of Dolche Truckload, Corp., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS  66614.

156.     Interpleader Defendant, Dosped, Inc. is, on information and belief, an Illinois corporation and can be served through Valentin E. Hadzhiev, Registered Agent, 4752 N. Olcott Ave., Harwood Heights, IL 60706.

157.     Interpleader Defendant, Bibby Transportation Finance, Inc., as Assignee of Duke Transportation, is, on information and belief, a Georgia corporation, and can be served through Corporation Service Company, Bibby's Registered Agent, 40 Technology Parkway South, Suite 300, Norcross, GA 30092.

158.     Interpleader Defendant, Foley Carrier Services, LLC, as Assignee of Dyer Integrated, is, on information and belief, a Nebraska corporation, and can be served through Cogency Global, Inc., Foley's Registered Agent, 5601 E. 59th St., Suite C, Lincoln, NE  68516.

159.    Interpleader Defendant Apex Capital Corp. as assignee of E M H Services, Inc., is, on information and belief, a Texas corporation and  can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

160.    Interpleader Defendant Eagle Capital Corporation is, on information and belief, a Mississippi corporation and can be served through Albert G. Delgadillo, 105 S. Front St., Tupelo, MS 38802.

161.    Interpleader Defendant Eagle Trucking Company is, on information and belief, a Pennsylvania corporation and can be served through Registered Agent, 900 Calcon Hood Rd., Sheron Hill, PA 19079.

162.    Interpleader Defendant FirstLine Funding Group, as Assignee of East Bound Express, is, on information and belief, a South Dakota corporation, and can be served through First Bank & Trust, First Line's Registered Agent, 110 N. Minnesota Ave., Sioux Falls, SD 57104.

163.    Interpleader Defendant Echo Trucking, Inc. is, on information and belief, an Illinois corporation and can be served through Aidanas Zaukas, Registered Agent, 9301 S 81st Ct., Hickory Hills, IL 60457.

164.    Interpleader Defendant Ecklund Logistics, Inc. is, on information and belief, a Wisconsin corporation and can be served through Kirk Leroy Ecklund, Registered Agent, 6991 State Road 76, Neenah, WI 54956.

165.    Interpleader Defendant, Crestmark Bank, as Assignee of Ecklund Logistics, Inc., is, on information and belief, a Tennessee corporation, and can be served through Heath

Holdbrooks, Crestmark's Registered Agent, 800 Crescent Centre Dr., Suite 620, Franklin, TN 37067.

166.     Interpleader Defendant Insight Technology, Inc., as Assignee of EFreight, Inc., is, on information and belief, a Utah corporation and can be served through Anthony Aliengena, Insight's Registered Agent, 820 S 300 W, Heber City, UT 84032.

167.     Interpleader Defendant OTR Capital, LLC, as Assignee of EFS Inc. is, on information and belief, a Georgia corporation and can be served through Fritz Owens, OTR's Registered Agent, 1774 Danforth Ct., Marietta, GA 30062.

168.     Interpleader Defendant FirstLine Funding Group, as Assignee of EMJB, is, on information and belief, a South Dakota corporation, and can be served through First Bank & Trust, First Line's Registered Agent, 110 N. Minnesota Ave., Sioux Falls, SD  57104.

169.     Interpleader Defendant EMR Express is, on information and belief, an Illinois corporation and can be served through Romualda Ramoskiene, Registered Agent, 10511 Julie Ann Ln., Orland Park, IL 60467.

170.     Interpleader Defendant, RTS Financial Service, as Assignee of EMR Express, is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS  66614.

171.     Interpleader Defendant FirstLine Funding Group, as Assignee of ENS Trucking, is, on information and belief, a South Dakota corporation, and can be served through First Bank & Trust, First Line's Registered Agent, 110 N. Minnesota Ave., Sioux Falls, SD  57104.

172.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of ES Express Lines, Inc., is, on information and belief a Mississippi corporation and can be served through C T

52

Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

173.    Interpleader Defendant Partners Funding, Inc. as Assignee of ESA Transportation Inc. is, on information and belief, a Minnesota corporation and can be served through Jan A Bosma, Partners' Registered Agent, 923 N. State St., Fairmont, MN  56031.

174.    Interpleader Defendant, Interstate Capital Corporation, as Assignee of Excell Trucking is, on information and belief, a New Mexico corporation and can be served through Interstate Financial Corporation, Interstate's Registered Agent, 1255 Country Club Rd., #D, Santa Teresa, NM 88008.

175.    Interpleader Defendant Financial Carrier Services, as Assignee of EZY Transportation LLC is, on information and belief, a North Carolina corporation and can be served through Nichele Marks, Financial's Registered Agent, 13325 South Point Blvd. Suite 300, Charlotte, NC 28273.

176.    Interpleader Defendant Far West Capital Transportation is, on information and belief, a Texas corporation and can be served through Cole Harmonson, President & CEO, 1560 Goodyear Dr., El Paso, TX 79936

177.    Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of Fargo Transport is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

178.     Interpleader Defendant Fast Loading, Inc. is, on information and belief, an Illinois corporation and can be served through Viktor Tkachuk, Registered Agent, 3630 N. Harlem Ave., #210, Chicago, IL 60634.

179.     Interpleader Defendant, RTS Financial Service, as Assignee of Fast Loading, Inc. is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

180.     Interpleader Defendant Fischer Truck and Bus Service, Inc. is, on information and belief, a Wisconsin corporation and can be served through Donald Joseph Fischer, Registered Agent, 598 Tudor St., Fenwood, WI 54426.

181.     Interpleader Defendant CD Consortium Corp., as Assignee of Flash Logistics, Inc. is, on information and belief, an Illinois corporation and can be served through Nick Tanglis, CD's Registered Agent, 8930 N. Waukegan Rd., #230, Morton Grove, IL 60053.

182.     Interpleader Defendant Flex Transport, Inc. is, on information and belief, an Illinois corporation and can be served through Srejovic Accounting Services, Registered Agent, 4058 W. Lawrence Ave., Chicago, IL 60630.

183.     Interpleader Defendant CoreLogic, as Assignee of FLS Express LLC, is, on information and belief a Minnesota corporation, and can be served through CoreLogic's Registered Agent, 2775 101st Ave. NE, Blaine, MN 55434.

184.     Interpleader Defendant JD Factors, LLC, as Assignee of FM Logistics, Inc., is, on information and belief, an Illinois corporation, and can be served through C T Corporation System, JD's Registered Agent, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

185.    Interpleader Defendant Apex Capital Corp. as assignee of Foka Logistics, LLC, is, on information and belief, a Texas corporation and can be served through its registered agent, Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

186.    Interpleader Defendant Free Style Trucking, Inc. is, on information and belief, an Illinois corporation and can be served through Roussi Radev, Registered Agent, 8542 W. Interlochen Ct., Palos Hills, IL  60465.

187.    Interpleader Defendant, Bibby Transportation Finance, Inc., as Assignee of Freedom Van Lines, is, on information and belief, a Georgia corporation, and can be served through Corporation Service Company, Bibby's Registered Agent, 40 Technology Parkway South, Suite 300, Norcross, GA 30092.

188.    Interpleader Defendant FirstLine Funding Group, as Assignee of Freight Dealers is, on information and belief, a South Dakota corporation, and can be served through First Bank & Trust, First Line's Registered Agent, 110 N. Minnesota Ave., Sioux Falls, SD  57104.

189.    Interpleader Defendant Orange Commercial Credit, as Assignee of Freight Solutions Services is, on information and belief a Washington corporation and can be served through Orange Commercial Credit, Orange's Registered Agent, 2415 Heritage Ct. SW, Olympia, WA 98502.

190.    Interpleader Defendant Freightzone Express, Inc. is, on information and belief, an Illinois corporation and can be served through Halawa Illinois, Registered Agent, 7000 W. 111th St., Suite 102, Worth, IL 60482.

191.    Interpleader Defendant Baxter Bailey & Associates, as Assignee of Furex, Inc., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS  39232.

192.    Interpleader Defendant G & G Logistics, Inc. is, on information and belief, a California corporation and can be served through Yu Fang Luo, Registered Agent, 20359 Lake Canyon Dr., Walnut, CA 91789.

193.    Interpleader Defendant G.G. Barnett Transport, Inc. is, on information and belief, a Wisconsin corporation and can be served through Gregory G. Barnett, Registered Agent, W7530 Cty. Rd. S., Juneau, WI 53039.

194.    Interpleader Defendant Baxter Bailey & Associates, as Assignee of Gables Transport, Inc., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS  39232.

195.    Interpleader Defendant Financial Carrier Services, as Assignee of Gama Trade, Inc.  is, on information and belief, a North Carolina corporation and can be served through Nichele Marks, Financial' s Registered Agent, 13325 South Point Blvd. Suite 300, Charlotte, NC 28273.

196.    Interpleader Defendant, Interstate Capital Corporation, as Assignee of Gamtrans Freight is, on information and belief, a New Mexico corporation and can be served through Interstate Financial Corporation, Interstate's Registered Agent, 1255 Country Club Rd., #D, Santa Teresa, NM 88008.

197.     Interpleader Defendant Phoenix Capital Group, LLC, as Assignee of Gava Trucking, is, on information and belief, a Texas corporation and can be served through Matthew B. Sapp, Phoenix's Registered Agent, 15851 Dallas Pkwy., Addison, TX 75001.

198.     Interpleader Defendant TBS Factoring Service, as Assignee of Geeman, LLC, is, on information and belief, an Oklahoma corporation, and can be served through Wood Kaufman, TBS' Registered Agent, 3909 N. Classen Blvd., Oklahoma City, OK 73118.

199.     Interpleader Defendant GI Super Service, Inc. is, on information and belief, an Illinois corporation and can be served through Guenadi Iantchev, Registered Agent, 1052 Margret St., Des Plaines, IL  60016.

200.     Interpleader Defendant Giannakis Transportation, Inc. is, on information and belief, an Illinois corporation and can be served through Gregory Giannakis, Registered Agent, 4220 N. New England, Harwood Heights, IL 60706.

201.     Interpleader Defendant CJM Financial, Inc., as Assignee of Globus Transport, Inc., is, on information and belief, an Iowa corporation, and can be served through Trent Murphy, CJM's Registered Agent, 1014 SE Lorenz Dr., Ankeny, IA  50021.

202.     Interpleader Defendant Go To Logistics, Inc. as GT Expedited is, on information and belief, an Illinois corporation and can be served through Tomasz Rzedzian, Registered Agent, 574 Peregrine Pkwy., Bartlett, IL 60103.

203.     Interpleader Defendant CJM Financial, Inc., as Assignee of Goga Trucking, Inc., is, on information and belief, an Iowa corporation, and can be served through Trent Murphy, CJM's Registered Agent, 1014 SE Lorenz Dr., Ankeny, IA  50021.

204.     Interpleader Defendant Partners Funding, Inc., as Assignee of Gold Star Carriers, is, on information and belief, a Minnesota corporation and can be served through Jan A. Bosma, Registered Agent, 923 N. State St., Fairmont, MN  56031.

205.     Interpleader Defendant CJM Financial, Inc., as Assignee of Gold Star Express LLC, is, on information and belief, an Iowa corporation, and can be served through Trent Murphy, CJM's Registered Agent, 1014 SE Lorenz Dr., Ankeny, IA  50021.

206.     Interpleader Defendant Credit Express, Inc., as Assignee of Goldcoast Logistics Group, is, on information and belief, an Illinois corporation and can be served through Alexander Narod, Credit's Registered Agent.,  601 Skokie Blvd., Suite 503, Northbrook, IL 60062.

207.     Interpleader Defendant Goldmax Carrier, Inc. is, on information and belief, an Illinois corporation and can be served through Agnieszka Sikomas, Registered Agent, 317 Robert Ave., Wheeling, IL 60090.

208.     Interpleader Defendant, Compass Funding Solutions, as Assignee of Good Choice Carrier, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

209.     Interpleader Defendant Good Source Trucking, Inc. is, on information and belief, an Illinois corporation and can be served through Edyta Ksiag, Registered Agent, 600 Tollgate Rd., Suite C, Elgin, IL 60123.

210.     Interpleader Defendant Sunbelt Finance, as Assignee of Good Source Trucking, Inc., is, on information and belief, an Arizona corporation, and can be served through Mickey Seeman, Sunbelt's Registered Agent, 2900 Browns Ln., Jonesboro, AR 72401.

58

211.    Interpleader Defendant GP Transportation is, on information and belief, an Illinois corporation and can be served through Audra P. Karalius, Registered Agent, 1 N. Franklin St., Suite 1200, Chicago, IL 60606.

212.    Interpleader Defendant, Crestmark Bank, as Assignee of Graval Corporation, is, on information and belief, a Tennessee corporation, and can be served through Heath Holdbrooks, Crestmark's Registered Agent, 800 Crescent Centre Dr., Suite 620, Franklin, TN 37067.

213.    Interpleader Defendant CoreLogic, as Assignee of Graval Corporation, is, on information and belief a Minnesota corporation, and can be served through CoreLogic's Registered Agent, 2775 101st Ave. NE, Blaine, MN 55434.

214.    Interpleader Defendant Great Wide Truckload Management is, on information and belief, an Oklahoma corporation and can be served through The Corporation Company, Registered Agent, 1833 S. Morgan Rd., Oklahoma City, OK 73128.

215.    Interpleader Defendant, Compass Funding Solutions, as Assignee of Green Freight, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

216.    Interpleader Defendant Green Mile, Inc. is, on information and belief, an Illinois corporation and can be served through Ovidijus Stasytis, Registered Agent, 6 W. Jayne St., Lemont, IL 60439.

217.    Interpleader Defendant, RTS Financial Service, as Assignee of Green Mile, Inc. is, on information and belief, a Kansas corporation, and can be served through Corporation

Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

218.    Interpleader Defendant GT Logistics, Inc. is, on information and belief, an Illinois corporation and can be served through George Giannopoulos, Registered Agent, 1400 Patriot Blvd., #455, Glenview, IL 60025.

219.    Interpleader Defendant, Vero Business Capital LLC, as Assignee of GT Logistics, Inc., is, on information and belief a Tennessee corporation, and can be served through Paracorp Incorporated, Vero's Registered Agent, 992 Davidson Dr., Suite B, Nashville, TN 37205.

220.    Interpleader Defendant Baxter Bailey & Associates, as Assignee of GTS Transportation, is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS  39232.

221.    Interpleader Defendant GTS Transportation Corp., is, on information and belief, an Illinois corporation and can be served through Matthew P. Connelly, Registered Agent, 321 N. Clark St., Suite 2200, Chicago, IL 60654.

222.    Interpleader Defendant OTR Capital, LLC, as Assignee of Guerrero Transportation is, on information and belief, a Georgia corporation and can be served through Fritz Owens, OTR's Registered Agent, 1774 Danforth Ct., Marietta, GA 30062.

223.    Interpleader Defendant TBS Factoring Service, as Assignee of H & L Delivery, LLC, is, on information and belief, an Oklahoma corporation, and can be served through Wood Kaufman, TBS' Registered Agent, 3909 N. Classen Blvd., Oklahoma City, OK 73118.

60

224.     Interpleader Defendant OTR Capital, LLC, as Assignee of Hailey's Logistics LLC, is, on information and belief, a Georgia corporation and can be served through Fritz Owens, OTR's Registered Agent, 1774 Danforth Ct., Marietta, GA 30062.

225.     Interpleader Defendant Hanjra Trucking is, on information and belief, a New York corporation and can be served through Kuljinder Hanjra, Registered Agent, 207 Asbury Ave., Westbury, NY 11590.

226.     Interpleader Defendant Accutrac Capital, Inc., as Assignee of Hanjra Trucking is, on information and belief a California corporation and can be served through Corporate Creations Network Inc., Accutrac's Registered Agent, 1430 Truxtun Ave., 5th Floor, Bakersfield, CA 93301.

227.     Interpleader Defendant FirstLine Funding Group, as Assignee of Hared Trucking is, on information and belief, a South Dakota corporation, and can be served through First Bank & Trust, First Line's Registered Agent, 110 N. Minnesota Ave., Sioux Falls, SD  57104.

228.     Interpleader Defendant Harrington Ridge Coal & Stove, LLC is, on information and belief, a Michigan corporation and can be served through Matthew Arko, Resident Agent, 301 Front St., Hancock, MI 49930.

229.     Interpleader Defendant Apex Capital Corp. as assignee of Hawk Logistics, LLC, is, on information and belief, a Texas corporation and can be served through its registered agent, Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

230.     Interpleader Defendant Partners Funding, Inc. as Assignee of Heartland Expressway is, on information and belief, a Minnesota corporation and can be served through Jan A Bosma, Partners' Registered Agent, 923 N. State St., Fairmont, MN  56031.

231.    Interpleader Defendant Baxter Bailey & Associates, as Assignee of Heavy Lane Transport , is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

232.    Interpleader Defendant, Interstate Capital Corporation, as Assignee of Heavy Lane Transport is, on information and belief, a New Mexico corporation and can be served through Interstate Financial Corporation, Interstate's Registered Agent, 1255 Country Club Rd., #D, Santa Teresa, NM 88008.

233.    Interpleader Defendant, Crestmark Bank, as Assignee of Heliosphere, Inc., is, on information and belief, a Tennessee corporation, and can be served through Heath Holdbrooks, Crestmark's Registered Agent, 800 Crescent Centre Dr., Suite 620, Franklin, TN 37067.

234.    Interpleader Defendant Heliosphere Inc. is, on information and belief, a California corporation and can be served through Fred Akopyan, Registered Agent, 704 S. Victory Blvd., Suite 200, Burbank, CA 91502.

235.    Interpleader Defendant Highboost Corporation is, on information and belief, an Illinois corporation and can be served through Aivaras Norkus, Registered Agent, 8300 E. High Point Cir., Darien, IL 60561.

236.    Interpleader Defendant OTR Capital, LLC, as Assignee of Highland Dallas Freight, Inc., is, on information and belief, a Georgia corporation and can be served through Fritz Owens, OTR's Registered Agent, 1774 Danforth Ct., Marietta, GA 30062.

237.     Interpleader Defendant HM Trans, Inc. is, on information and belief, an Illinois corporation and can be served through Jolita Diskiene, Registered Agent, 537 E. South Frontage Rd., Bolingbrook, IL 60440.

238.     Interpleader Defendant, RTS Financial Service, as Assignee of HM Trans, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS  66614.

239.     Interpleader Defendant Financial Carrier Services, as Assignee of Homer Express, LLC is, on information and belief, a North Carolina corporation and can be served through Nichele Marks, Financial' s Registered Agent, 13325 South Point Blvd. Suite 300, Charlotte, NC 28273.

240.     Interpleader Defendant, Assist Financial Services, Inc., as Assignee of Hot Transportation, is, on information and belief, a South Dakota corporation, and can be served through Brian G. Kringen, Assist's Registered Agent, 1533 NW 2nd St., Madison, SD  57042.

241.     Interpleader Defendant, Assist Financial Services, Inc., as Assignee of House Springs Trucking, is, on information and belief, a South Dakota corporation, and can be served through Brian G. Kringen, Assist's Registered Agent, 1533 NW 2nd St., Madison, SD  57042.

242.     Interpleader Defendant, Apex Capital Corp., as Assignee of I G H Trucking, LLC, is, on information and belief, a Texas corporation and  can be served through its registered agent  Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

243.     Interpleader Defendant IIK Transport, Inc. is, on information and belief, an Illinois corporation and can be served through Ivan Kazniyenko, Registered Agent, 367 Buckingham Ct., Lombard, IL 60148.

244.    Interpleader Defendant IBY Transport is, on information and belief, an Illinois corporation and can be served through Semyon Gilburd, Registered Agent, 884 Shambliss Ln., Buffalo Grove, IL 60089.

245.    Interpleader Defendant, RTS Financial Service, as Assignee of IBY Transport., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS  66614.

246.    Interpleader Defendant Iman Carriers, Inc. is, on information and belief, a Minnesota corporation and can be served through Registered Agent, 544 8th Ave. NE, St. Joseph, MN 56374.

247.    Interpleader Defendant Transportation Funding Group, as Assignee of Iman Carriers, LLC is, on information and belief, a Minnesota corporation and can be served through Transportation's Registered Agent, 7600 Wayzata Blvd., Golden Valley, MN 55426.

248.    Interpleader Defendant IMG Trucking, Inc. is, on information and belief, an Illinois corporation and can be served through Irena Georgieva, Registered Agent, 2001 Cornell Ave., Suite D, Melrose Park, IL 60160.

249.    Interpleader Defendant, Apex Capital Corp., as Assignee of Imperial Express, LLC, is, on information and belief, a Texas corporation and  can be served through its registered agent  Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

250.    Interpleader Defendant JD Factors, LLC, as Assignee of Infinitive Transportation, is, on information and belief, an Illinois corporation, and can be served through C T Corporation System, JD's Registered Agent, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

251.   Interpleader Defendant, Crestmark Bank, as Assignee of Inland Transport, Inc., is, on information and belief, a Tennessee corporation, and can be served through Heath Holdbrooks, Crestmark's Registered Agent, 800 Crescent Centre Dr., Suite 620, Franklin, TN 37067.

252.   Interpleader Defendant Baxter Bailey & Associates, as Assignee of Inland Transport, Inc., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS  39232.

253.   Interpleader Defendant Innovation Truck Service, LLC is, on information and belief, a New Jersey corporation and can be served through Jennifer Vega, Registered Agent 4 Hazel Ct., Mickleton, NJ 05056.

254   Interpleader Defendant Integrated Logistics & Associates is, on information and belief, a New York corporation and can be served through its Registered Agent, 6070 Collett Rd., Bldg. 2, Farmington, NY 14425.

255.   Interpleader Defendant Baxter Bailey & Associates, as Assignee of Intersped Inc., dba Amcan Freight Liners, is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS  39232.

256.   Interpleader Defendant, Apex Capital Corp., as Assignee of Issa Logistics, LLC, is, on information and belief, a Texas corporation and  can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

257. Interpleader Defendant TAFS Premium Finance, Inc., as Assignee of J & H Logistics Group Inc., is, on information and belief, a Missouri corporation and can be served through C T Corporation System, TAFS' Registered Agent, 120 South Central Ave., Clayton, MO 63105.

258. Interpleader Defendant CoreFund Capital LLC, as Assignee of J & J's Leading Transport, LLC is, on information and belief, a Texas corporation and can be served through CT Corporation System, Core Fund's Registered Agent, 1999 Bryan St., Suite 900, Dallas, TX 75201.

259. Interpleader Defendant J Rayl Transport, Inc. is, on information and belief an Ohio corporation and can be served through Timothy Rayl, Registered Agent, 1016 Triplett Blvd., Akron, OH 44312.

260. Interpleader Defendant Baxter Bailey & Associates, as Assignee of Jag Trucking, Inc., dba Amcan Freight Liners, is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

261. Interpleader Defendant Jason Transport, Inc. is, on information and belief, a Minnesota corporation and can be served through its Registered Agent, 2441 Becker Dr., Albert Lea, MN 56007.

262. Interpleader Defendant JBA Trucking LLC d/b/a JBA Family Trucking is, on information and belief, a Michigan corporation and can be served through Frances M. Anderson, Registered Agent, 22215 Elwell, Belleville, MI 48111.

263.     Interpleader Defendant JC Trans Co. is, on information and belief, an Illinois corporation and can be served through Jan Czyszczon, Registered Agent, 4 Lucas Dr., Palos Hills, IL 60465.

264.     Interpleader Defendant Jeep Transport, Inc. on information and belief, an Illinois corporation and can be served through Gintare Beciute, Registered Agent, 6027 103rd St., Suite 2D, Chicago Ridge, IL 60415.

265.     Interpleader Defendant Jeff Bryan Transport is, on information and belief, a South Carolina corporation and can be served through Thomas G. Brown, Registered Agent, 88 Paisley Pk., Sumter, SC 29150.

266.     Interpleader Defendant Riviera Finance, as Assignee of JMB Trucking Services, Inc. is, on information and belief, an Illinois corporation and can be served through Incorp Services, Riviera's Registered Agent, 901 S. 2nd St., Suite 201, Springfield, IL 62704.

267.     Interpleader Defendant FirstLine Funding Group, as Assignee of JML Logistics is, on information and belief, a South Dakota corporation, and can be served through First Bank & Trust, First Line's Registered Agent, 110 N. Minnesota Ave., Sioux Falls, SD  57104.

268.     Interpleader Defendant Jodi Express is, on information and belief, an Indiana corporation and can be served through Dickson Makori, Registered Agent, 210 Fox Orchard Run, Fort Wayne, IN 46825.

269.     Interpleader Defendant OTR Capital, LLC, as Assignee of Joonam's Trucking, LLC., is, on information and belief, a Georgia corporation and can be served through Fritz Owens, OTR's Registered Agent, 1774 Danforth Ct., Marietta, GA 30062.

270.     Interpleader Defendant, Crestmark Bank, as Assignee of Jordan & K, Inc., is, on information and belief, a Tennessee corporation, and can be served through Heath Holdbrooks, Crestmark's Registered Agent, 800 Crescent Centre Dr., Suite 620, Franklin, TN 37067.

271.     Interpleader Defendant JP Trucking Services, Inc. is, on information and belief, a New Jersey corporation and can be served through Jatinder Khatra, Registered Agent, 62 Daniel St., Port Reading, NJ 07064.

272.     Interpleader Defendant JPMKL, Inc. is, on information and belief, an Illinois corporation and can be served through Karolina Ljubic, Registered Agent, 7312 N. Keeler, Lincolnwood, IL 60646.

273.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of JPMKL, Inc., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

274.     Interpleader Defendant, Assist Financial Services, Inc., as Assignee of JTT Logistics Inc., is, on information and belief, a South Dakota corporation, and can be served through Brian G. Kringen, Assist's Registered Agent, 1533 NW 2nd St., Madison, SD  57042.

275.     Interpleader Defendant OTR Capital, LLC, as Assignee of Jubo Transportation, Inc., is, on information and belief, a Georgia corporation and can be served through Fritz Owens, OTR's Registered Agent, 1774 Danforth Ct., Marietta, GA 30062.

276.     Interpleader Defendant Phoenix Capital Group, LLC, as Assignee of K Express, is, on information and belief, a Texas corporation and can be served through Matthew B. Sapp, Phoenix's Registered Agent, 15851 Dallas Pkwy., Addison, TX 75001.

277.     Interpleader Defendant, Apex Capital Corp., as Assignee of K L M B Transportation, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent  Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

278.     Interpleader Defendant Eagle Capital Corporation, as Assignee of KM Trucking, is, on information and belief, a Mississippi corporation and can be served through Albert G. Delgadillo, 105 S. Front St., Tupelo, MS 38802.

279.     Interpleader Defendant, Apex Capital Corp., as Assignee of K M V Transportation, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

280.     Interpleader Defendant Kania, Inc. is, on information and belief, an Illinois corporation and can be served through Aiste Kaniauskaite, Registered Agent, 125 Fairfield Way, Suite 105D, Bloomingdale, IL 60108.

281.     Interpleader Defendant, Crestmark Bank, as Assignee of Kania, Inc., is, on information and belief, a Tennessee corporation, and can be served through Heath Holdbrooks, Crestmark's Registered Agent, 800 Crescent Centre Dr., Suite 620, Franklin, TN 37067.

282.     Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of Kays M. Ahmed is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

283.     Interpleader Defendant TBS Factoring Service, as Assignee of Kepy Transportation, Inc. is, on information and belief, an Oklahoma corporation, and can be served

through Wood Kaufman, TBS' Registered Agent, 3909 N. Classen Blvd., Oklahoma City, OK 73118.

284.    Interpleader Defendant KForce Express, Inc. is, on information and belief, an Illinois corporation and can be served through Liliya Kurylyuk, 718 Tullamore Ct Apt 2B, Schaumburg, IL 60193.

285.    Interpleader Defendant, RTS Financial Service, as Assignee of KForce Express, Inc.., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

286.    Interpleader Defendant OTR Capital, LLC, as Assignee of Kiin Expres, LLC., is, on information and belief, a Georgia corporation and can be served through Fritz Owens, OTR's Registered Agent, 1774 Danforth Ct., Marietta, GA 30062.

287.    Interpleader Defendant JD Factors, LLC, as Assignee of Kings Eagle, Inc. is, on information and belief, an Illinois corporation, and can be served through C T Corporation System, JD's Registered Agent, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

288.    Interpleader Defendant JD Factors, LLC, as Assignee of Klym Spirit Corporation, is, on information and belief, an Illinois corporation, and can be served through C T Corporation System, JD's Registered Agent, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

289.    Interpleader Defendant Kommitted Transportation, Inc. is, on information and belief, a Canadian company and can be served at 310 Rue Dugas, Laval, QC H7X 3T6.

290.    Interpleader Defendant Koned Logistics, Inc. is, on information and belief, an Illinois corporation, and can be served through Marcin Kondek, Registered Agent, 200 D Regency Ct., Wauconda, IL 60084.

291.    Interpleader Defendant, RTS Financial Service, as Assignee of Koned Logistics, is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

292.    Interpleader Defendant Kottke Trucking, Inc. is, on information and belief, a Minnesota corporation and can be served through its Registered Agent, 211 Hwy. 212E, Buffalo Lake, MN 55314.

293.    Interpleader Defendant Transportation Funding Group, as Assignee of Kuehl Trucking, LLC is, on information and belief, a Minnesota corporation and can be served through Transportation's Registered Agent, 7600 Wayzata Blvd., Golden Valley, MN 55426.

294.    Interpleader Defendant K-Way Express, Inc. is, on information and belief, a Minnesota corporation and can be served through its Registered Agent, 1300 6th Ave. S, Winsted, MN 55395.

295.    Interpleader Defendant, Interstate Capital Corporation, as Assignee of L & E Hauling, is, on information and belief, a New Mexico corporation and can be served through Interstate Financial Corporation, Interstate's Registered Agent, 1255 Country Club Rd., #D, Santa Teresa, NM 88008.

296.    Interpleader Defendant L E G S Transport, Inc. is, on information and belief, an Illinois corporation and can be served through Edvinas Vingilys, Registered Agent, 25043 Rockwell Ln., Plainfield, IL 60585.

297.    Interpleader Defendant, Apex Capital Corp., as Assignee of L E G S Transport, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent  Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

298.    Interpleader Defendant, Apex Capital Corp., as Assignee of L G A Logistics, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

299.    Interpleader Defendant, Apex Capital Corp., as Assignee of Lama Express, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

300.    Interpleader Defendant Lama Trucking, Inc. is, on information and belief, an Illinois corporation and can be served through Jurgita Balciunas, Registered Agent, 119 E. Ogden Ave., Suite 210A, Hinsdale, IL 60521.

301.    Interpleader Defendant, RTS Financial Service, as Assignee of Lama Trucking, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

302.    Interpleader Defendant Landliner, Inc. is, on information and belief, an Illinois corporation and can be served through Oleg Pavlenko, Registered Agent, 3700 Capri Ct., Suite 106, Glenview, IL 60025.

303.     Interpleader Defendant OTR Capital, LLC, as Assignee of Lathons, Inc., is, on information and belief, a Georgia corporation and can be served through Fritz Owens, OTR's Registered Agent, 1774 Danforth Ct., Marietta, GA 30062.

304.     Interpleader Defendant OTR Capital, LLC, as Assignee of Legacy Transportation, is, on information and belief, a Georgia corporation and can be served through Fritz Owens, OTR's Registered Agent, 1774 Danforth Ct., Marietta, GA 30062.

305.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of Lemberg Group, Inc., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

306.     Interpleader Defendant Lemberg Group, Inc. is, on information and belief, an Illinois corporation and can be served through Yehor Shpak, Registered Agent, 766 N. Industrial Dr., Elmhurst, IL 60126.

307.     Interpleader Defendant TCI Business Capital, Inc., as Assignee of Lemberg Group, Inc. is, on information and belief, a Minnesota corporation and can be served through TCI's Registered Agent, 12270 Nicollet Ave. S, Burnsville, MN 55337.

308.     Interpleader Defendant CD Consortium Corporation, as Assignee of Lenti, Inc., is, on information and belief, an Illinois corporation, and can be served through Nick Tanglis, CD's Registered Agent, 8930 N. Waukegan Rd., #230, Morton Grove, IL 60053.

309.     Interpleader Defendant Lesmeister Transportation, Inc. is, on information and belief, a North Dakota corporation and can be served through Barry Lesmeister, Registered Agent, 2501 Lee Ave., Bismarck, ND 58504.

310.     Interpleader Defendant, Compass Funding Solutions, as Assignee of LHB Trucking, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

311.     Interpleader Defendant Liberty Transit, LLC is, on information and belief, a Michigan corporation and can be served through Adnan Grozdanic, Registered Agent, 2140 44th St. SE, Suite 306, Grand Rapids, MI 49508.

312.     Interpleader Defendant RTS Financial Service, as Assignee of Liberty Transit, LLC, is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

313.     Interpleader Defendant Light Logistics, Inc. is, on information and belief, an Arizona corporation and can be served through Kimya Wyatt, Registered Agent, 22424 S. Ellsworth Loop Rd., #1403, Queen Creek, AZ 85142.

314.     Interpleader Defendant Lintrans, Inc. is, on information and belief, an Illinois corporation and can be served through Linas Salavejus, Registered Agent, 25110 Edison Ln., Plainfield, IL 60585.

315.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of Lithco 1, LLC, is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

316.    Interpleader Defendant Liv Enterprises, Inc. is, on information and belief, an Illinois corporation and can be served through Ljubomir Ivanov, Registered Agent, 6961 Vine St., Unit 202, Indian Head Park, IL 60525.

317.    Interpleader Defendant Liv Transportation is, on information and belief, an Illinois corporation and can be served through Krysztof Bielecki, Registered Agent, 730 Birginal Dr., Bensenville, IL 60106.

318.    Interpleader Defendant RTS Financial Service, as Assignee of Liv Transportation, is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

319.    Interpleader Defendant, Compass Funding Solutions, as Assignee of Lizama Transport, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

320.    Interpleader Defendant Baxter Bailey & Associates, as Assignee of LJ Express Trucking, CO of CA, LLC, is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS  39232.

321.    Interpleader Defendant LMX Transport Corp. is, on information and belief, a Minnesota corporation and can be served through Luis Jose Alvarez, Registered Agent, 403 2nd St. NE, Ellendale, MN 56026.

322.     Interpleader Defendant Load to Ride Transportation is, on information and belief, a Colorado corporation and can be served through Marc Haney, Registered Agent, 3680 E. 52nd Ave., Denver, CO 80216.

323.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of Logic Logistics, LLC, is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS  39232.

324.     Interpleader Defendant Love's Travel Stops & Country Stores, Inc. is,         on information and belief, an Oklahoma corporation and can be served through Douglas J. Stussi, Registered Agent, 10601 N. Pennsylvania Ave., Oklahoma City, OK  73120.

325.     Interpleader Defendant Lowell Logistics, Inc. is, on information and belief, an Illinois corporation and can be served through Conrad J. Lowell, Registered Agent, 9234 Belmont Ave., Franklin Park, IL 60131.

326.     Interpleader Defendant Lozar, Inc. is, on information and belief, an Illinois corporation and can be served through Svetlozar Radev, Registered Agent, 5015 Tollview Dr., Suite 295, Rolling Meadows, IL 60008.

327.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of LT United Logistics, Inc., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS  39232.

328.    Interpleader Defendant OTR Capital, LLC, as Assignee of Luckie Xpress Logistics is, on information and belief, a Georgia corporation and can be served through Fritz Owens, OTR's Registered Agent, 1774 Danforth Ct., Marietta, GA 30062.

329.    Interpleader Defendant Lucky Way Logistics, Inc. is, on information and belief, an Illinois corporation and can be served through Lukasz Sukiennik, 1246 Robin Dr., Elk Grove Village, IL 60007.

330.    Interpleader Defendant Saint John Capital Corporation, as Assignee of Lucky Way Logistics, Inc. is, on information and belief, an Illinois corporation and can be served through Andreas Mamalakis, Saint John's Registered Agent, 3 S. Prospect Ave., Suite 1, Park Ridge, IL 60068.

331.    Interpleader Defendant, Apex Capital Corp., as Assignee of Lucky World, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

332.    Interpleader Defendant, Compass Funding Solutions, as Assignee of Lupus 7, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

333.    Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of M & S Expess, Inc., is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

334.     Interpleader Defendant, Apex Capital Corp., as Assignee of M D Transport is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

335.     Interpleader Defendant, Apex Capital Corp., as Assignee of M N E Freight, LLC is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

336.     Interpleader Defendant, Apex Capital Corp., as Assignee of M O B Carriers, Inc. is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

337.     Interpleader Defendant, Compass Funding Solutions, as Assignee of Main Trucking Company, is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

338.     Interpleader Defendant, Apex Capital Corp., as Assignee of Majestic, Inc. is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

339.     Interpleader Defendant Thunder Funding/Thunder Carrier Services, as Assignee of Mak Link Limited Liability Company, is, on information and belief, a California corporation and can be served through Erik Arevalo, Principal, VP of Thunder Funding, 2433 Impala Dr., A, Carlsbad, CA 92010.

340.     Interpleader Defendant Great Plains Transportation Services, Inc., as Assignee of Mangat Group, Inc. is, on information and belief, a Minnesota corporation and can be served

through Sherri L DeJong-Stromberg, Great Plains' Registered Agent, 923 N. State St., #120, Fairmont, MN 56031.

341.    Interpleader Defendant CoreLogic, as Assignee of Manning Transfer, Inc., is, on information and belief a Minnesota corporation, and can be served through CoreLogic's Registered Agent, 2775 101st Ave. NE, Blaine, MN 55434.

342.    Interpleader Defendant TAFS Premium Finance, Inc., as Assignee of Manta Freight LLC is, on information and belief, a Missouri corporation and can be served through C T Corporation System, TAFS' Registered Agent, 120 South Central Ave., Clayton, MO 63105.

343.    Interpleader Defendant FirstLine Funding Group, as Assignee of Maranatha Express, is, on information and belief, a South Dakota corporation, and can be served through First Bank & Trust, First Line's Registered Agent, 110 N. Minnesota Ave., Sioux Falls, SD 57104.

344.    Interpleader Defendant Marka Transport, Inc. is, on information and belief, an Illinois corporation and can be served through Marijus Rekesius, Registered Agent, 8439 W. Catherine Ave., #123, Chicago, IL 60656.

345.    Interpleader Defendant Matrix, Inc. is, on information and belief, an Illinois corporation and can be served through Vladimir Kirilov, Registered Agent, 886 Tamarac Blvd., Addison, IL 60101.

346.    Interpleader Defendant, Apex Capital Corp., as Assignee of Max Trucking, LLC is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

347.    Interpleader Defendant Great Plains Transportation Services, Inc., as Assignee of MBA Transport of Columbus LLC, is, on information and belief, a Minnesota corporation and can be served through Sherri L DeJong-Stromberg, Great Plains' Registered Agent, 923 N. State St., #120, Fairmont, MN 56031.

348.    Interpleader Defendant Financial Carrier Services, as Assignee of MBP Transport LLC, is, on information and belief, a North Carolina corporation and can be served through Nichele Marks, Financial's Registered Agent, 13325 South Point Blvd. Suite 300, Charlotte, NC 28273.

349.    Interpleader Defendant, Assist Financial Services, Inc., as Assignee of MCC Freight, Inc., is, on information and belief, a South Dakota corporation, and can be served through Brian G. Kringen, Assist's Registered Agent, 1533 NW 2nd St., Madison, SD 57042.

350.    Interpleader Defendant MCDA Logistics, LLC is, on information and belief, a New York corporation and can be served through Claude Abraham, Registered Agent, 788 W. Washington Ave., Apt.1, Albany, NY 12203.

351.    Interpleader Defendant RTS Financial Service, as Assignee of MCDA Logistics LLC, is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

352.    Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of MD Freight, Inc., is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

353. Interpleader Defendant MDS Trucking V, Inc. is, on information and belief, an Illinois corporation and can be served through Ostojic & Scudder, LLC, Registered Agent, 19 N. Green St., Chicago, IL 60607.

354. Interpleader Defendant, Crestmark Bank, as Assignee of Mega Express, Inc., is, on information and belief, a Tennessee corporation, and can be served through Heath Holdbrooks, Crestmark's Registered Agent, 800 Crescent Centre Dr., Suite 620, Franklin, TN 37067.

355. Interpleader Defendant, Apex Capital Corp., as Assignee of Melody Logistics LLC, is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

356. Interpleader Defendant Merx Global, Inc. is, on information and belief, an Illinois corporation and can be served through Christian Peneff, Registered Agent, 1454 Elmhurst Rd., Elk Grove Village, IL 60007.

357. Interpleader Defendant MGR Freight System is, on information and belief, a Tennessee corporation and can be served through Steven Bloomfield, Registered Agent, 3618 Old Hickory Blvd., Old Hickory, TN 37138.

358. Interpleader Defendant Midwest Express, Inc. is, on information and belief, an Indiana corporation and can be served through Agnes Gintila, Registered Agent, 228 W. Lincoln Hwy., Suite 192, Schererville, IN 46375.

359. Interpleader Defendant, Apex Capital Corp., as Assignee of Milan Express, Inc. is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

360.    Interpleader Defendant, Compass Funding Solutions, as Assignee of Millenium Group, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

361.    Interpleader Defendant Baxter Bailey & Associates, as Assignee of Millennium Transport, Inc., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS  39232.

362.    Interpleader Defendant MMJ Transportation, Inc. is, on information and belief, an Illinois corporation and can be served through Mike Donda, Registered Agent, 1308 Geringer Rd., Algonquin, IL 60102.

363.    Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of MMJ Transportation, Inc., is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

364.    Interpleader Defendant Baxter Bailey & Associates, as Assignee of MMM Transportation, Ltd., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS  39232.

365.     Interpleader Defendant MnAlan Trucking Corp. is, on information and belief, an Illinois corporation and can be served through Mariusz Pietrasz, 120 S. Spruce Ave., Apt. 406, Wooddale, IL  60191.

366.     Interpleader Defendant RTS Financial Service, as Assignee of MnAlan Trucking Corp., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS  66614.

367.     Interpleader Defendant MPK Trucking LLC is, on information and belief, an Illinois corporation and can be served through Edyta Ksiag, Registered Agent, 600 Toolgate Rd., Suite C, Elgin, IL 60123.

368.     Interpleader Defendant Financial Carrier Services, as Assignee of MPK Trucking LLC is, on information and belief, a North Carolina corporation and can be served through Nichele Marks, Financial' s Registered Agent, 13325 South Point Blvd. Suite 300, Charlotte, NC 28273.

369.     Interpleader Defendant MS US, Inc. is, on information and belief, an Illinois corporation and can be served through Semir Bilyal, Registered Agent, 312 Wildberry Ct., #D2, Schaumburg, IL 60193.

370.     Interpleader Defendant RTS Financial Service, as Assignee of MS US, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS  66614.

371.     Interpleader Defendant MTY Transportation, LLC is, on information and belief, a Michigan corporation and can be served through Mykhaylo Fedorenko, Registered Agent, 3838 Rhoten Dr., Sterling Heights, MI 48310.

372.     Interpleader Defendant Multi-Load Transport, Inc. is, on information and belief, a Minnesota corporation and can be served through its Registered Agent, 200 Division St. S, Rice, MN 56367.

373.     Interpleader Defendant, Apex Capital Corp., as Assignee of N T O Express LLC, is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

374.     Interpleader Defendant Namanagh, Inc. is, on information and belief, an Illinois corporation and can be served through Miroslaw Szczurek, Registered Agent, 130 Century Ct., Apt. 101, Schaumburg, IL 60193.

375.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of Namanagh, is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS  39232.

376.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of Narvatrans, LLC, is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

377.     Interpleader Defendant Natalie Express is, on information and belief, a California corporation and can be served through Alfred Abrahami, Principal, 612 Pioneer Dr., Glendale, CA  91203.

84

378.     Interpleader Defendant, Apex Capital Corp., as Assignee of Nathan Trucking, LLC, is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

379.     Interpleader Defendant, Crestmark Bank, as Assignee of National Freight Carriers, Inc., is, on information and belief, a Tennessee corporation, and can be served through Heath Holdbrooks, Crestmark's Registered Agent, 800 Crescent Centre Dr., Suite 620, Franklin, TN 37067.

380.     Interpleader Defendant, Apex Capital Corp., as Assignee of Nationwide Enterprises Corp., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

381.     Interpleader Defendant CD Consortium Corporation, as Assignee of Navi, Inc., is, on information and belief, an Illinois corporation, and can be served through Nick Tanglis, CD's Registered Agent, 8930 N. Waukegan Rd., #230, Morton Grove, IL 60053.

382.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of Navigation Global, LLC, is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS  39232.

383.     Interpleader Defendant Navigation Global, LLC is, on information and belief, an Illinois corporation and can be served through Dimitre Ognianov, Registered Agent, 951 N. Main St., Suite A, Lombard, IL 60146.

384.     Interpleader Defendant Navigator Express, Inc. is, on information and belief, an Illinois corporation and can be served through Dovydas Janonis, Registered Agent, 1263 Highland Ave., 2A, Lombard, IL 60148.

385.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of NC Trucking, Inc., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

386.     Interpleader Defendant Nedex Express, Inc. is, on information and belief, an Illinois corporation and can be served through Halawa Illinois, Registered Agent, 7000 W. 111th St., Suite 102, Worth, IL 60482.

387.     Interpleader Defendant NEPA Distribution, LLC is, on information and belief, a Pennsylvania corporation and can be served through its Registered Agent, 707 Florence Ct., Stroudsburg, PA 18360.

388.     Interpleader Defendant Dilley Zimny Insurance, as Assignee of NEPA Distribution, LLC is, on information and belief, a Minnesota corporation and can be served through Donna Haroldlson, 1103 Broadway St., #100, Alexandria, MN 56308.

389.     Interpleader Defendant FirstLine Funding Group, as Assignee of Nevada Express, is, on information and belief, a South Dakota corporation, and can be served through First Bank & Trust, First Line's Registered Agent, 110 N. Minnesota Ave., Sioux Falls, SD  57104.

390.     Interpleader Defendant, Crestmark Bank, as Assignee of Noel Transportation Corp., is, on information and belief, a Tennessee corporation, and can be served through Heath

86

Holdbrooks, Crestmark's Registered Agent, 800 Crescent Centre Dr., Suite 620, Franklin, TN 37067.

391.    Interpleader Defendant TBS Factoring Service, as Assignee of North America Moving Crew, LLC, is, on information and belief, an Oklahoma corporation, and can be served through Wood Kaufman, TBS' Registered Agent, 3909 N. Classen Blvd., Oklahoma City, OK 73118.

392.    Interpleader Defendant North American Transport Services, LLC is, on information and belief, a Florida corporation and can be served through Interamerican Corporate Services, LLC, Registered Agent, 2525 Ponce De Leon Blvd., Suite 1225, Coral Gables, FL 33134.

393.    Interpleader Defendant, Compass Funding Solutions, as Assignee of Northland Refrigerated Services, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

394.    Interpleader Defendant NR.1 Transport is, on information and belief, an Indiana corporation and can be served through Nerijus Zitkevicius, Registered Agent, 8746 Indianapolis Blvd., Highland, IN 46322.

395.    Interpleader Defendant Nussbaum is, on information and belief, an Illinois corporation and can be served through William J. Wettstein, Registered Agent, 19336 N. 1425 E Rd., Hudson, IL 61748.

396.     Interpleader Defendant TBS Factoring Service, as Assignee of NWC Trucking, LLC, is, on information and belief, an Oklahoma corporation, and can be served through Wood Kaufman, TBS' Registered Agent, 3909 N. Classen Blvd., Oklahoma City, OK 73118.

397.     Interpleader Defendant Oak Hill Capital Group for US Cross Inc. is, on information and belief, a New Jersey corporation and can be served through Steven Tufaro, Principal, 75 W. Front St., Red Bank, NJ 07701.

398.     Interpleader Defendant Off Ramp Trucking, LLC is, on information and belief, a Utah corporation and can be served through Roy B. Moore, Registered Agent, 1379 E. Vista Valley Dr., Draper, UT 84020.

399.     Interpleader Defendant Olero, Inc. is, on information and belief, an Illinois corporation and can be served through Oleg Romanyuk, Registered Agent, 5100 Carriage Way Dr., #104, Rolling Meadows, IL 60008.

400.     Interpleader Defendant RTS Financial Service, as Assignee of Olero, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS  66614.

401.     Interpleader Defendant, Compass Funding Solutions, as Assignee of Omega Freight Systems, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

402.     Interpleader Defendant CJM Financial, Inc., as Assignee of One Time Trucking, LLC, is, on information and belief, an Iowa corporation, and can be served through Trent Murphy, CJM's Registered Agent, 1014 SE Lorenz Dr., Ankeny, IA  50021.

403.     Interpleader Defendant Partners Funding, Inc. as Assignee of Onate Logistics, is, on information and belief, a Minnesota corporation and can be served through Jan A Bosma, Partners' Registered Agent, 923 N. State St., Fairmont, MN  56031.

404.     Interpleader Defendant, Apex Capital Corp., as Assignee of One 2 One Transport, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

405,     Interpleader Defendant One Nation Trans is, on information and belief, a Michigan corporation and can be served through Haroon Nagi, Registered Agent, 5641 Prescott St., Hamtramck, MI 48212.

406.     Interpleader Defendant Oneway Logistics, Inc. is, on information and belief, an Illinois corporation and can be served through Antoaneta Alieva, Registered Agent, 484 S. Vista Ave., Addison, IL 60101.

407.     Interpleader Defendant RTS Financial Service, as Assignee of Oneway Logistics, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

408.     Interpleader Defendant, Compass Funding Solutions, as Assignee of Onyx Transport, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

409.    Interpleader Defendant JD Factors, LLC, as Assignee of Orest Express, Inc., is, on information and belief, an Illinois corporation, and can be served through C T Corporation System, JD's Registered Agent, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

410.    Interpleader Defendant OTR Capital, LLC is, on information and belief, a Georgia corporation and can be served through Fritz Owens, Registered Agent, 1774 Danforth Ct., Marietta, GA 30062.

411.    Interpleader Defendant Out Witting The Rest, Inc. is, on information and belief, a North Carolina corporation and can be served through its Registered Agent, 1680 Sandy Ridge Dr., Liberty, NC 27298.

412.    Interpleader Defendant RTS Financial Service, as Assignee of Out Witting The Rest, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

413.    Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of Overland Trucking LLC, is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

414.    Interpleader Defendant, Apex Capital Corp., as Assignee of Overnight Express, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

415.     Interpleader Defendant, Apex Capital Corp., as Assignee of Pack Logistics, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

416.     Interpleader Defendant PDM Financial for Muradi Logistics LLC is, on information and belief, an Iowa corporation and can be served through Mark R. Gray, Registered Agent, 416 SW 3rd St., Ankeny, IA 50023.

417.     Interpleader Defendant, Apex Capital Corp., as Assignee of Perfect Signature, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

418.     Interpleader Defendant Picadello Enterprises, Inc. by Ensure, Inc., is, on information and belief, an Illinois corporation and can be served through Arthur Mleczek, Registered Agent, 6148 W. Patterson Ave., Chicago, IL 60634.

419.     Interpleader Defendant, Bibby Transportation Finance, Inc., as Assignee of Pitts Logistics, is, on information and belief, a Georgia corporation, and can be served through Corporation Service Company, Bibby's Registered Agent, 40 Technology Parkway South, Suite 300, Norcross, GA 30092.

420.     Interpleader Defendant JD Factors, LLC, as Assignee of PM Global, is, on information and belief, an Illinois corporation, and can be served through C T Corporation System, JD's Registered Agent, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

421.     Interpleader Defendant, Assist Financial Services, Inc., as Assignee of PMB Transcargo, Inc., is, on information and belief, a South Dakota corporation, and can be served through Brian G. Kringen, Assist's Registered Agent, 1533 NW 2nd St., Madison, SD  57042.

422.    Interpleader Defendant Premium Express, Inc. is, on information and belief, an Illinois corporation and can be served through Robert Sowul, Registered Agent, 1438 Nutmeg Ct., Bartlett, IL 60103.

423.    Interpleader Defendant RTS Financial Service, as Assignee of Premium Express, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

424.    Interpleader Defendant FirstLine Funding Group, as Assignee of Prestige Freight, is, on information and belief, a South Dakota corporation, and can be served through First Bank & Trust, First Line's Registered Agent, 110 N. Minnesota Ave., Sioux Falls, SD 57104.

425.    Interpleader Defendant Prestige, Inc. is, on information and belief, an Illinois corporation and can be served through Deyana Koleva, Registered Agent, 2905 W Lake St., Melrose Park, IL  60160.

426.    Interpleader Defendant Primary Transportation Services, Inc. is, on information and belief, a Wisconsin corporation and can be served through Douglas A. Buboltz, Registered Agent, 1070 Moonriver Dr., De Pere, WI 54115.

427.    Interpleader Defendant TAFS Premium Finance, Inc., as Assignee of Prime Transportation, LLC, is, on information and belief, a Missouri corporation and can be served through C T Corporation System, TAFS' Registered Agent, 120 South Central Ave., Clayton, MO  63105.

428.    Interpleader Defendant Baxter Bailey & Associates, as Assignee of Prime Logistics, Inc., is, on information and belief a Mississippi corporation and can be served through

92

C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

429.     Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of Primus Logistics, Inc., is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

430.     Interpleader Defendant Puma Logistics is, on information and belief, an Illinois corporation and can be served through Srejovic Accounting Services, Registered Agent, 4058 W. Lawrence Ave., Chicago, IL 60630.

431.     Interpleader Defendant, Crestmark Bank, as Assignee of Puma Logistics, is, on information and belief, a Tennessee corporation, and can be served through Heath Holdbrooks, Crestmark's Registered Agent, 800 Crescent Centre Dr., Suite 620, Franklin, TN 37067.

432.     Interpleader Defendant CoreLogic, as Assignee of Q Carriers, Inc., is, on information and belief a Minnesota corporation, and can be served through CoreLogic's Registered Agent, 2775 101st Ave. NE, Blaine, MN 55434.

433.     Interpleader Defendant Quality Freight LLC is, on information and belief, an Illinois corporation and can be served through Veselin Dimitrov, Registered Agent, 810 Birginal Dr., Bensenville, IL 60106.

434.     Interpleader Defendant RTS Financial Service, as Assignee of Quality Freight, LLC, is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

435.    Interpleader Defendant Quality Freight LLC is, on information and belief, an Illinois corporation and can be served through Veselin Dimitrov, Registered Agent, 810 Birginal Dr., Bensenville, IL 60106.

436.    Interpleader Defendant Quality Refrigerated Transportation is, on information and belief, an Illinois corporation and can be served through Mikhail Davidovich, Registered Agent, 29 E. Palatine Rd., Prospect Heights, IL 60070.

437.    Interpleader Defendant Quality Transport Brokers Corp. is, on information and belief, a Florida corporation and can be served through Pavel Romanel, 474 Stevensville St., Port Charlotte, FL 33954.

438.    Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of Quality Wheels, Inc., is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

439.    Interpleader Defendant Quick Freight Logistics, Inc. is, on information and belief, an Illinois corporation and can be served through Georgi Stefanov, Registered Agent, 765 IL Route 86, Suite 110, Bensenville, IL 60106.

440.    Interpleader Defendant Aladdin Financial, Inc., as Assignee of Quickex Transit, Inc., is, on information and belief, a South Dakota corporation and can be served through Scott Keogh, Aladdin's Registered Agent, 1201 W. Russell St., Sioux Falls, SD 57104.

441.    Interpleader Defendant, Apex Capital Corp., as Assignee of R F S Group, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

442.    Interpleader Defendant Riviera Finance, as Assignee of R2 Transportation, Inc., is, on information and belief, an Illinois corporation and can be served through Incorp Services, Riviera's Registered Agent, 901 S. 2nd St., Suite 201, Springfield, IL 62704.

443.    Interpleader Defendant Rama Transportation, LLC is, on information and belief, a Georgia corporation and can be served through Radoslav E. Nikolov, Registered Agent, 5598 Rapallo Terrace, Sugar Hill, GA 30518.

444.    Interpleader Defendant RD Limited Partnership dba Richard Daniels Transportation is, on information and belief, an Illinois corporation and can be served through Ricardo Fernandez, Registered Agent, 9944 S. Roberts Rd., Suite 105, Palos Hills, IL 60465.

445.    Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of RD Limited Partnership dba Richard Daniels Transportation, is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

446.    Interpleader Defendant Real Transport, Inc. is, on information and belief, an Illinois corporation and can be served through Siarhei Ausiankin, Registered Agent, 2030 S. State St., #2004, Chicago, IL 60616.

447.    Interpleader Defendant RTS Financial Service, as Assignee of Real Transport, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

448.     Interpleader Defendant Real Trucking, Inc. is, on information and belief, an Illinois corporation and can be served through Stanislav Khanyukov, Registered Agent, 2100 W. 21st St., Broadview, IL 60155.

449.     Interpleader Defendant Recon Logistics, LLC is, on information and belief, a Colorado corporation and can be served through Matthew Newman, Registered Agent, 2475 Castle Butte Dr., Castle Rock, CO 80109.

450.     Interpleader Defendant, Apex Capital Corp., as Assignee of Red Line Logistics, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

451     Interpleader Defendant CD Consortium Corporation, as Assignee of Red Line Transit, Inc., is, on information and belief, an Illinois corporation, and can be served through Nick Tanglis, CD's Registered Agent, 8930 N. Waukegan Rd., #230, Morton Grove, IL 60053.

452.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of Rely Transport, Inc., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

453.     Interpleader Defendant, Apex Capital Corp., as Assignee of Rey M Appliances, is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

454.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of RGX Cargo Corp., is, on information and belief a Mississippi corporation and can be served through C T

Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

455.    Interpleader Defendant Insight Technology, Inc., as Assignee of Rhino Transportation, LLC, is, on information and belief, a Utah corporation and can be served through Anthony Aliengena, Insight's Registered Agent, 820 S 300 W, Heber City, UT 84032.

456.    Interpleader Defendant Rio Importers USA, Inc. is, on information and belief, an Illinois corporation and can be served through Jose Zepeda, Registered Agent, 120 East St., Suite 1, Carol Stream, IL 60186.

457.    Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of River North Industries, Inc., is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

458.    Interpleader Defendant Road Wolves, Inc. is, on information and belief, an Illinois corporation and can be served through Tomas Umbrasas, Registered Agent, 75 Executive Dr., Suite 411, Aurora, IL 60504.

459.    Interpleader Defendant RTS Financial Service, as Assignee of Road Wolves, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

460.     Interpleader Defendant, Apex Capital Corp., as Assignee of Roadstar Logistics, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

461.     Interpleader Defendant Roadstar, Inc. is, on information and belief, a California corporation and can be served through Arman Ambartsumyan, Registered Agent, 7103 Laurel Cyn Blvd., Suite 6, North Hollywood, CA 91605.

462.     Interpleader Defendant, Compass Funding Solutions, as Assignee of Roma Logistics, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

463.     Interpleader Defendant Sunbelt Finance, as Assignee of Route One LLC, is, on information and belief, an Arizona corporation and can be served through Mickey Seeman, Sunbelt's Registered Agent, 2900 Browns Ln., Jonesboro, AR 72401.

464.     Interpleader Defendant TAFS Premium Finance, Inc., as Assignee of RP Super Trucking, is, on information and belief, a Missouri corporation and can be served through C T Corporation System, TAFS' Registered Agent, 120 South Central Ave., Clayton, MO 63105.

465.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of Rush, Inc., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

466.     Interpleader Defendant, Compass Funding Solutions, as Assignee of RVS Express, Inc., is, on information and belief, an Illinois corporation and can be served through

Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

467.    Interpleader Defendant Baxter Bailey & Associates, as Assignee of RXG Cargo Corp., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

468.    Interpleader Defendant, Ansonia Credit Data dba Southwest Credit Management Assoc., Inc., as Assignee of S & H Trucking, is, on information and belief, an Arizona corporation and can be served through its registered agent Richard J. Adams, Jr., Southwest's Registered Agent, 14850 N. Scottsdale Rd., Suite 450, Scottsdale, AZ 85254.

469.    Interpleader Defendant, Apex Capital Corp., as Assignee of S&J Carrier Corp., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

470.    Interpleader Defendant S3 Capital LLC is, on information and belief, a New Jersey corporation and can be served through Sandeep Singh, 2 Lakeview Ave., Suite 1A, Piscataway, NJ 08854.

471.    Interpleader Defendant, Assist Financial Services, Inc., as Assignee of SA Express, Inc., is, on information and belief, a South Dakota corporation, and can be served through Brian G. Kringen, Assist's Registered Agent, 1533 NW 2nd St., Madison, SD  57042.

472.    Interpleader Defendant Sam's Trucking Services, LLC is, on information and belief, a Pennsylvania corporation and can be served through its Registered Agent, 210 Andover Ln., Lititz, PA 17543.

473.     Interpleader Defendant TBS Factoring Service, as Assignee of Sanchez Family Trucking, LLC, is, on information and belief, an Oklahoma corporation, and can be served through Wood Kaufman, TBS' Registered Agent, 3909 N. Classen Blvd., Oklahoma City, OK 73118.

474.     Interpleader Defendant, Apex Capital Corp., as Assignee of Scarpita Cartage, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

475.     Interpleader Defendant TBS Factoring Service, as Assignee of Seagate Freight, LLC, is, on information and belief, an Oklahoma corporation, and can be served through Wood Kaufman, TBS' Registered Agent, 3909 N. Classen Blvd., Oklahoma City, OK 73118.

476.     Interpleader Defendant FirstLine Funding Group, as Assignee of Seattle Professional Moving, is, on information and belief, a South Dakota corporation, and can be served through First Bank & Trust, First Line's Registered Agent, 110 N. Minnesota Ave., Sioux Falls, SD  57104.

477.     Interpleader Defendant Security Transport, Inc. is, on information and belief, an Indiana corporation and can be served through Corporation Service Company, Registered Agent, 135 N. Pennsylvania St., Suite 1610, Indianapolis, IN 46204.

478.     Interpleader Defendant Sedena Trucking Services, Inc. is, on information and belief, a California corporation and can be served through Cielo Paguio, Registered Agent, 5126 Independence Ct., Chino, CA 91710.

479.     Interpleader Defendant Orange Commercial Credit, as Assignee of Sedena Trucking Services, Inc., is, on information and belief a Washington corporation and can be

100

served through Orange Commercial Credit, Orange's Registered Agent, 2415 Heritage Ct. SW, Olympia, WA 98502.

480.    Interpleader Defendant Baxter Bailey & Associates, as Assignee of Sedena Trucking Services, Inc., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS  39232.

481.    Interpleader Defendant SevenOaks Capital, as Assignee of Selam Trans, Inc., is, on information and belief, a Louisiana corporation and can be served through Jeffry E. Foil, SevenOaks' Registered Agent, 7854 Anselmo Ln., Baton Rouge, LA 70810.

482.    Interpleader Defendant Riviera Finance, as Assignee of SGS Express, Inc. is, on information and belief, an Illinois corporation and can be served through Incorp Services, Riviera's Registered Agent, 901 S. 2nd St., Suite 201, Springfield, IL 62704.

483.    Interpleader Defendant, Apex Capital Corp., as Assignee of Shabdan Brothers, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

484.    Interpleader Defendant OTR Capital, LLC, as Assignee of Shears Transportation, is, on information and belief, a Georgia corporation and can be served through Fritz Owens, OTR's Registered Agent, 1774 Danforth Ct., Marietta, GA 30062.

485.    Interpleader Defendant Eagle Capital Corporation, as Assignee of Sho Nuff Truckin, Inc., is, on information and belief, a Mississippi corporation and can be served through Albert G. Delgadillo, 105 S. Front St., Tupelo, MS 38802.

486.    Interpleader Defendant Shotgun Express, Inc. is, on information and belief, a Minnesota corporation and can be served through Dawn Montez, Registered Agent, 8862 W 35W Service Rd. NE, Blaine, MN 55449.

487.    Interpleader Defendant Silvicom, Inc. is, on information and belief, an Illinois corporation and can be served through Silviya Rogacheva, Registered Agent, 1301 W. Armitage Ave., Melrose Park, IL 60160.

488.    Interpleader Defendant, Compass Funding Solutions, as Assignee of Silwady Trucking, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

489.    Interpleader Defendant, Compass Funding Solutions, as Assignee of Sirus Corp., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

490.    Interpleader Defendant Sky Express, Inc. is, on information and belief, an Illinois corporation and can be served through Stoyan Kanchev Atanasov, Registered Agent, 930 Country Club Rd., Lake Zurich, IL 60047.

491.    Interpleader Defendant Sky Transport, Inc. is, on information and belief, an Illinois corporation and can be served through William S. George, Registered Agent, 1500 Midway Ct., Suite W208, Elk Grove Village, IL 60007.

492.    Interpleader Defendant RTS Financial Service, as Assignee of Sky Transport, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation

Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

493.     Interpleader Defendant SL Black Fox Transport, LLC is, on information and belief, a Texas corporation and can be served through Sergio Morales, 1445 Agave, Laredo, TX 78041.

494.     Interpleader Defendant, Foley Carrier Services, LLC, as Assignee of Smart Choice, is, on information and belief, a Nebraska corporation, and can be served through Cogency Global, Inc., Foley's Registered Agent, 5601 E. 59th St., Suite C, Lincoln, NE 68516.

495.     Interpleader Defendant Smart Freight, Inc. is, on information and belief, an Indiana corporation and can be served through Sergey Golovinov, Registered Agent, 640 Wheeler St., #2, Griffith, IN 46319.

496.     Interpleader Defendant RTS Financial Service, as Assignee of Smart Freight, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

497.     Interpleader Defendant Smarten Transport is, on information and belief, an Illinois corporation and can be served through Taras Melnychuk, Registered Agent, 225 Hawk Ct., Schaumburg, IL 60193.

498.     Interpleader Defendant Smith Transportation Services, Inc. is, on information and belief, a Florida corporation and can be served through Lee Futernick, Registered Agent, 1300 Sawgrass Corporate Pkwy., Suite 110, Sunrise, FL 33323.

499.    Interpleader Defendant SNR Solutions, Inc. is, on information and belief, a North Carolina corporation and can be served through Roman Shtundyuk, Registered Agent, 4710 Titus Ct., Monroe, NC 28110.

500.    Interpleader Defendant Solid Group, Inc. is, on information and belief, an Illinois corporation and can be served through Pavel Apostolov, Registered Agent, 50 W. 75th St., Suite 210, Willowbrook, IL 60527.

501.    Interpleader Defendant Sonic Trans, Inc. is, on information and belief, an Illinois corporation and can be served through Ted Baranowski, Registered Agent, 5864 N. Milwaukee Ave., Chicago, IL 60646.

502.    Interpleader Defendant South Bay Logistics is, on information and belief, an Illinois corporation and can be served through Lukas Aniszewski, Registered Agent, 1319 S. 6th Ave., Des Plaines, IL 60018.

503.    Interpleader Defendant Saint John Capital Corporation, as Assignee of South Bay Logistics, Inc., is, on information and belief, an Illinois corporation and can be served through Andreas Mamalakis, Saint John's Registered Agent, 3 S. Prospect Ave., Suite 1, Park Ridge, IL 60068.

504.    Interpleader Defendant, Compass Funding Solutions, as Assignee of South Way Carriers, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

505.     Interpleader Defendant Spectrum Express, Inc. is, on information and belief, an Illinois corporation and can be served through Pavlo Vayda, Registered Agent, 188 W. Industrial Dr., Suite 402, Elmhurst, IL 60126.

506.     Interpleader Defendant RTS Financial Service, as Assignee of Spectrum Express, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

507.     Interpleader Defendant Speedway Logistics, Inc. is, on information and belief, an Illinois corporation and can be served through Szczepan Sledz, Registered Agent, 1001 Nicholas Blvd., Suite E, Elk Grove Village, IL 60007.

508.     Interpleader Defendant RTS Financial Service, as Assignee of Speedway Logistics, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

509.     Interpleader Defendant SpeedX Transport is, on information and belief, a Canadian corporation and can be served through its Registered Agent, 62 Selby Rd., Brampton, ON L6W 3L4.

510.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of Sprint Express, Inc., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

511.     Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of St. Mark of Orlando LLC, is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

512.     Interpleader Defendant Standard Trucking LLC is, on information and belief, a Michigan corporation and can be served through Mykola Pysklyvets, 24510 Victory St., Center Line, MI 48015.

513.     Interpleader Defendant RTS Financial Service, as Assignee of Standard Trucking, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

514.     Interpleader Defendant State 2 State Trucks, Inc. is, on information and belief, a California corporation and can be served through Stella Keshishyan, Registered Agent, 12522 Archwood St., North Hollywood, CA 91606.

515.     Interpleader Defendant, Phoenix Capital Group, LLC, as Assignee of State 2 State Trucks, Inc., is, on information and belief, a Texas corporation, and can be served through Matthew B. Sapp, Phoenix's Registered Agent, 15851 Dallas Pkwy., Addison, TX 75001.

516.     Interpleader Defendant Stoughton Logistics is, on information and belief, a Wisconsin corporation and can be served through April J. Welch, Registered Agent, 416 S. Academy St., Stoughton, WI 53589.

517.    Interpleader Defendant Strada Logistics, LLC is, on information and belief, an Illinois corporation and can be served through Tariq Joudeh, Registered Agent, 800 Ravinia Pl., Suite 1, Orland Park, IL 60462.

518.    Interpleader Defendant JD Factors, LLC, as Assignee of StreamX LLC, is, on information and belief, an Illinois corporation, and can be served through C T Corporation System, JD's Registered Agent, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

519.    Interpleader Defendant, Apex Capital Corp., as Assignee of Stronghaul, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

520.    Interpleader Defendant, Apex Capital Corp., as Assignee of Sunrise Highway LLC, is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

521.    Interpleader Defendant, Interstate Capital Corporation, as Assignee of Sunrise Logistics, is, on information and belief, a New Mexico corporation and can be served through Interstate Financial Corporation, Interstate's Registered Agent, 1255 Country Club Rd., #D, Santa Teresa, NM 88008.

522.    Interpleader Defendant Baxter Bailey & Associates, as Assignee of Superior Overnight Services, Inc., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS  39232.

523.    Interpleader Defendant OTR Capital, LLC, as Assignee of Sur Trucks, LLC, is, on information and belief, a Georgia corporation and can be served through Fritz Owens, OTR's Registered Agent, 1774 Danforth Ct., Marietta, GA 30062.

524.    Interpleader Defendant T & T Freight is, on information and belief, an Illinois corporation and can be served through Nenad Trickov, Registered Agent, 125 Honeysuckle Ct., Rolling Meadows, IL 60008.

525.    Interpleader Defendant RTS Financial Service, as Assignee of T & T Freight, is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS  66614.

526.    Interpleader Defendant Tac Trans, Inc. is, on information and belief, an Illinois corporation and can be served through George Tihauan, Registered Agent, 2521 Thatcher Ave, Apt. 2G, River Grove, IL 60171.

527.    Interpleader Defendant, Apex Capital Corp., as Assignee of Tac Trans, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

528.    Interpleader Defendant, Apex Capital Corp., as Assignee of Tacan Transport, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

529.    Interpleader Defendant Tadz Logistics, Inc. is, on information and belief, an Illinois corporation and can be served through Tadas Raudzius, Registered Agent, 16204 Golf View Dr., Lockport, IL 60441.

530.    Interpleader Defendant TAK Trucking, Inc. is, on information and belief, an Illinois corporation and can be served through Sretko Krsic, President, 2500 E. Devon Ave., #2510, Elk Grove Village, IL 60007.

531.    Interpleader Defendant RTS Financial Service, as Assignee of TAK Trucking, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

532.    Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of Tan Elegant, Inc., is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

533.    Interpleader Defendant Taylor Truck Line is, on information and belief, a Minnesota corporation and can be served through its Registered Agent, 31485 Northfield Blvd., Northfield, MN 55057.

534.    Interpleader Defendant, Compass Funding Solutions, as Assignee of Tempo Carrier, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

535.    Interpleader Defendant TGL Logistics, Inc. is, on information and belief, an Illinois corporation and can be served through Tomasz Groman, Registered Agent, 1385 N. Wood Dale Rd., Wood Dale, IL 60191.

536.    Interpleader Defendant, Crestmark Bank, as Assignee of TGL Logistics, Inc., is, on information and belief, a Tennessee corporation, and can be served through Heath Holdbrooks, Crestmark's Registered Agent, 800 Crescent Centre Dr., Suite 620, Franklin, TN 37067.

537.    Interpleader Defendant Sunbelt Finance, as Assignee of The B Brother's Transportation Corporation, is, on information and belief, an Arizona corporation and can be served  through Mickey Seeman, Sunbelt's Registered Agent, 2900 Browns Ln., Jonesboro, AR 72401.

538.    Interpleader Defendant TAFS Premium Finance, Inc., as Assignee of Three Brothers Trucking LLC, is, on information and belief, a Missouri corporation and can be served through C T Corporation System, TAFS' Registered Agent, 120 South Central Ave., Clayton, MO  63105.

539.    Interpleader Defendant Three Way Logistics, Inc. is, on information and belief, a California corporation and can be served through Michael Bonino, Registered Agent, 90 S. Spruce Ave., Suite S, South San Francisco, CA 94080.

540.    Interpleader Defendant JD Factors, LLC, as Assignee of Thunder Logistics, Inc., is, on information and belief, an Illinois corporation, and can be served through C T Corporation System, JD's Registered Agent, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

541.    Interpleader Defendant Tiger Logistics, Inc. is, on information and belief, an Illinois corporation and can be served through Silviya Angelova, Principal, 2300 E. Higgins Rd., Suite 309, Elk Grove Village, IL 60007.

110

542.    Interpleader Defendant RTS Financial Service, as Assignee of Tiger Logistics, is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS  66614.

543.    Interpleader Defendant, Compass Funding Solutions, as Assignee of Titan Freight Lines, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

544.    Interpleader Defendant Titan Quality Transport is, on information and belief, an Illinois corporation and can be served through Boryana Mihaylova, Registered Agent, 1243 Sandhurst Dr., Buffalo Grove, IL 60089.

545.    Interpleader Defendant, Compass Funding Solutions, as Assignee of TLT Logistics, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

546.    Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of TNT Express, Inc., is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

547.    Interpleader Defendant Riviera Finance, as Assignee of Tochitos Trucking 1, Inc. is, on information and belief, an Illinois corporation and can be served through Incorp Services, Riviera's Registered Agent, 901 S. 2nd St., Suite 201, Springfield, IL 62704.

548.     Interpleader Defendant OTR Capital, LLC, as Assignee of Tolokeaa Transport, is, on information and belief, a Georgia corporation and can be served through Fritz Owens, OTR's Registered Agent, 1774 Danforth Ct., Marietta, GA 30062.

549.     Interpleader Defendant Tombach Corp. is, on information and belief, an Illinois corporation and can be served through Tomasz Kalenbach, Registered Agent, 227 Harvest Ct., Vernon Hills, IL 60061.

550.     Interpleader Defendant, Apex Capital Corp., as Assignee of Top Transit, LLC, is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

551.     Interpleader Defendant Tower Truck Lines, Inc. is, on information and belief, an Illinois corporation and can be served through Artur Znorko, Registered Agent, 736 Industrial Dr., Elmhurst, IL 60126.

552.     Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of Traffic Trucking, LLC, is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

553.     Interpleader Defendant TraLo Companies, Inc. is, on information and belief, a Canadian corporation and can be served through its Registered Agent, 1850 N. County Rd. 45, Owatonna, MN 55060.

554.     Interpleader Defendant Transfreight Logistics, Inc. is, on information and belief, an Illinois corporation and can be served through Anthony Defrenza, Registered Agent, 707 Skokie Blvd., Suite 410, Northbrook, IL 60062.

555.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of TransFreight Logistics, Inc., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS  39232.

556.     Interpleader Defendant RTS Financial Service, as Assignee of TransFreight Logistics, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS  66614.

557.     Interpleader Defendant Transhield Trucking, Inc. is, on information and belief, an Illinois corporation and can be served through Patrick J. Hammes, Registered Agent, 2002 Red Oak Ln., St. Charles, IL 60174.

558.     Interpleader Defendant JD Factors, LLC, as Assignee of Transfinity Logistics, Inc., is, on information and belief, an Illinois corporation, and can be served through C T Corporation System, JD's Registered Agent, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

559.     Interpleader Defendant Transit Core, LLC is, on information and belief, an Illinois corporation and can be served through Marius Balciunas, Registered Agent, 6150 S. Kensington Ave., #202, Countryside, IL 60525.

560.     Interpleader Defendant Transrapid, Inc. is, on information and belief, an Illinois corporation and can be served through Tomasz Lapiak, Registered Agent, 501 Industrial Dr., Bensenville, IL 60106.

561.     Interpleader Defendant CD Consortium Corporation, as Assignee of Transrapid, Inc., is, on information and belief, an Illinois corporation, and can be served through Nick Tanglis, CD's Registered Agent, 8930 N. Waukegan Rd., #230, Morton Grove, IL 60053.

562.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of Trivium Trans, Inc., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS  39232.

563.     Interpleader Defendant CD Consortium Corporation, as Assignee of Trucking Experts, LLC, is, on information and belief, an Illinois corporation, and can be served through Lucky Star Management, Registered Agent, 2130 West 163rd Pl., Markham, IL 60428.

564.     Interpleader Defendant RTS Financial Service, as Assignee of Trucking Experts, LLC, is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

565.     Interpleader Defendant, Apex Capital Corp., as Assignee of Truckland, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

566.     Interpleader Defendant, Compass Funding Solutions, as Assignee of Trucks, LLC, is, on information and belief, an Illinois corporation and can be served through Arleesia

114

McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

567.    Interpleader Defendant Riviera Finance, as Assignee of TS Transportation, Inc. is, on information and belief, an Illinois corporation and can be served through Incorp Services, Riviera's Registered Agent, 901 S. 2nd St., Suite 201, Springfield, IL 62704.

568.    Interpleader Defendant Tumar Express, Inc. is, on information and belief, an Illinois corporation and can be served through Azamat Usenov, Registered Agent, 4712 Keel Ct., Apt. 2C, Lisle, IL 60532.

569.    Interpleader Defendant TVM Express, Inc. is, on information and belief, an Illinois corporation and can be served through Grzegorz Sudor, Registered Agent, 296 Sutherland Ln., Bloomingdale, IL 60108.

570.    Interpleader Defendant, Apex Capital Corp., as Assignee of Twin Cities Carrier, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

571.    Interpleader Defendant Twin Express, Inc. is, on information and belief, a Minnesota corporation and can be served through its Registered Agent, 12424 Ironwood Cir., Suite 102, Rogers, MN 55374.

572.    Interpleader Defendant CoreLogic, as Assignee of Twin Express, Inc., is, on information and belief a Minnesota corporation, and can be served through CoreLogic's Registered Agent, 2775 101st Ave. NE, Blaine, MN 55434.

573.     Interpleader Defendant Riviera Finance, as Assignee of Twin Logistics Express, Inc. is, on information and belief, an Illinois corporation and can be served through Incorp Services, Riviera's Registered Agent, 901 S. 2nd St., Suite 201, Springfield, IL 62704.

574.     Interpleader Defendant U Brothers, Inc. is, on information and belief, an Illinois corporation and can be served through Mykhaylo Finchak, 7718 Wildwood Ct., Apt. 1S, Darien, IL 60561.

575.     Interpleader Defendant, Compass Funding Solutions, as Assignee of UAL Express, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

576.     Interpleader Defendant TBS Factoring Service, as Assignee of Uber Trucking, LLC, is, on information and belief, an Oklahoma corporation, and can be served through Wood Kaufman, TBS' Registered Agent, 3909 N. Classen Blvd., Oklahoma City, OK 73118.

577.     Interpleader Defendant Ultra Trucking, Inc. is, on information and belief, an Illinois corporation and can be served through Sergiu Cenusa, Registered Agent, 355 W. Dundee Rd., #103, Buffalo Grove, IL 60089.

578.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of UNI Trans, Inc., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

579.     Interpleader Defendant JD Factors, LLC, as Assignee of Unico Trans Corp., is, on information and belief, an Illinois corporation, and can be served through C T Corporation System, JD's Registered Agent, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

580.     Interpleader Defendant, Compass Funding Solutions, as Assignee of Unique Freight Carriers, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

581.     Interpleader Defendant Orange Commercial Credit, as Assignee of United Trans Group, Inc. is, on information and belief a Washington corporation and can be served through Orange Commercial Credit, Orange's Registered Agent, 2415 Heritage Ct. SW, Olympia, WA 98502.

582.     Interpleader Defendant, SevenOaks Capital, as Assignee of United Transport Logistics, is, on information and belief, a Louisiana corporation, and can be served through Jeffry E. Foil, SevenOaks' Registered Agent, 7854 Anselmo Ln., Baton Rouge, LA 70810.

583.     Interpleader Defendant, Assist Financial Services, Inc., as Assignee of Unitrans, Inc., is, on information and belief, a South Dakota corporation, and can be served through Brian G. Kringen, Assist's Registered Agent, 1533 NW 2nd St., Madison, SD  57042.

584.     Interpleader Defendant JD Factors, LLC, as Assignee of Unlimited Freight, Inc., is, on information and belief, an Illinois corporation, and can be served through C T Corporation System, JD's Registered Agent, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

585.    Interpleader Defendant JD Factors, LLC, as Assignee of US Expediters, Inc., is, on information and belief, an Illinois corporation, and can be served through C T Corporation System, JD's Registered Agent, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

586.    Interpleader Defendant, Assist Financial Services, Inc., as Assignee of US Express, Inc., is, on information and belief, a South Dakota corporation, and can be served through Brian G. Kringen, Assist's Registered Agent, 1533 NW 2nd St., Madison, SD  57042.

587.    Interpleader Defendant, Crestmark Bank, as Assignee of US Freightways Logistics, Inc., is, on information and belief, a Tennessee corporation, and can be served through Heath Holdbrooks, Crestmark's Registered Agent, 800 Crescent Centre Dr., Suite 620, Franklin, TN 37067.

588.    Interpleader Defendant USA Cargo, Inc. is, on information and belief, a Michigan corporation and can be served through Bujar Kraja, Registered Agent, 48951 Forest Dr., Shelby Twp., MI 48317.

589.    Interpleader Defendant, Compass Funding Solutions, as Assignee of USA Logistics, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

590.    Interpleader Defendant, Apex Capital Corp., as Assignee of USKO Express, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

591.    Interpleader Defendant Valor Express, Inc. is, on information and belief, an Illinois corporation and can be served through John T. Grebe, Registered Agent, 1749 S. Naperville Rd., Suite 203, Wheaton, IL 60189.

592.    Interpleader Defendant LSQ Funding Group, Inc., as Assignee of Valor Express, Inc., is, on information and belief, a Florida corporation and can be served through F & L Corp., LSQ's Registered Agent, 1 Independent Dr., Jacksonville, FL 32202.

593.    Interpleader Defendant Van Dam Transport is, on information and belief, a Michigan corporation and can be served through Kenneth Vandam, Registered Agent, 4407 38th St., Hamilton, MI 49419.

594.    Interpleader Defendant Varta, Inc. is, on information and belief, an Illinois corporation and can be served through Georgi V. Trifonov, Registered Agent, 80 Kristin Cir., Apt. 5, Schaumburg, IL 60195.

595.    Interpleader Defendant RTS Financial Service, as Assignee of Varta, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

596.    Interpleader Defendant, Apex Capital Corp., as Assignee of VBS Express, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

597.    Interpleader Defendant OTR Capital, LLC, as Assignee of VGK Express, Inc., is, on information and belief, a Georgia corporation and can be served through Fritz Owens, OTR's Registered Agent, 1774 Danforth Ct., Marietta, GA 30062.

598.    Interpleader Defendant Via Logistics, Inc. is, on information and belief, an Illinois corporation and can be served through Erikas Kimantas, Registered Agent, 7 Melshane Ct., Lemont, IL 60439.

599.    Interpleader Defendant RTS Financial Service, as Assignee of Via Logistics, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

600.    Interpleader Defendant Victory Transit, Inc. is, on information and belief, an Illinois corporation and can be served through Tanya Stoykova, Registered Agent, 836 S. Arlington Heights Rd., #360, Elk Grove Village, IL 60007.

601.    Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of Victory Transit, Inc., is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

602.    Interpleader Defendant, Interstate Capital Corporation, as Assignee of Vikings Trucking, is, on information and belief, a New Mexico corporation and can be served through Interstate Financial Corporation, Interstate's Registered Agent, 1255 Country Club Rd., #D, Santa Teresa, NM 88008.

603.    Interpleader Defendant, Compass Funding Solutions, as Assignee of Viktor Transportation, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

604.    Interpleader Defendant Baxter Bailey & Associates, as Assignee of Vilano Incorporated, is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

605.    Interpleader Defendant FirstLine Funding Group, as Assignee of Vintage Transport, LLC, is, on information and belief, a South Dakota corporation, and can be served through First Bank & Trust, First Line's Registered Agent, 110 N. Minnesota Ave., Sioux Falls, SD 57104.

606.    Interpleader Defendant VIP Expedited is, on information and belief, an Illinois corporation and can be served through Gennadiy Krivopishchenko, Registered Agent, 2411 Ogden Ave., Suite 9, Downers Grove, IL 60515.

607.    Interpleader Defendant, Apex Capital Corp., as Assignee of Vito LLC, is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

608.    Interpleader Defendant CoreLogic, as Assignee of Vargas Transportation LLC, is, on information and belief a Minnesota corporation, and can be served through CoreLogic's Registered Agent, 2775 101st Ave. NE, Blaine, MN 55434.

609.    Interpleader Defendant, Apex Capital Corp., as Assignee of VKP Line, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

610.    Interpleader Defendant, Compass Funding Solutions, as Assignee of VL Trucking, Inc., is, on information and belief, an Illinois corporation and can be served through

Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

611.    Interpleader Defendant, Assist Financial Services, Inc., as Assignee of VMB Transportation, Inc., is, on information and belief, a South Dakota corporation, and can be served through Brian G. Kringen, Assist's Registered Agent, 1533 NW 2nd St., Madison, SD  57042.

612.    Interpleader Defendant CD Consortium Corporation, as Assignee of Vodik Transport, Inc., is, on information and belief, an Illinois corporation, and can be served through Nick Tanglis, CD's Registered Agent, 8930 N. Waukegan Rd., #230, Morton Grove, IL 60053.

613.    Interpleader Defendant, Vero Business Capital LLC, as Assignee of Volcano Transport, Inc., is, on information and belief a Tennessee corporation, and can be served through Paracorp Incorporated, Vero's Registered Agent, 992 Davidson Dr., Suite B, Nashville, TN 37205.

614.    Interpleader Defendant, Apex Capital Corp., as Assignee of Voyager Nation, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

615.    Interpleader Defendant RTS Financial Service, as Assignee of VS Express, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

616.    Interpleader Defendant Baxter Bailey & Associates, as Assignee of VS Express, Inc., is, on information and belief a Mississippi corporation and can be served through C T

Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

617.    Interpleader Defendant, Compass Funding Solutions, as Assignee of VS Trucklines, Inc., is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

618.    Interpleader Defendant TAFS Premium Finance, Inc., as Assignee of VSM Express, is, on information and belief, a Missouri corporation and can be served through C T Corporation System, TAFS' Registered Agent, 120 South Central Ave., Clayton, MO  63105.

619.    Interpleader Defendant Transam Financial Services, Inc., as Assignee of VSM Express, is, on information and belief, a Kansas corporation and can be served through SBLSG Registered Agent, LLC, Transam's Registered Agent, 9300 West 110th St., Suite 200, Overland Park, KS 66212.

620.    Interpleader Defendant TBS Factoring Service, as Assignee of Werk's Truckin LLC, is, on information and belief, an Oklahoma corporation, and can be served through Wood Kaufman, TBS' Registered Agent, 3909 N. Classen Blvd., Oklahoma City, OK 73118.

621.    Interpleader Defendant, Apex Capital Corp., as Assignee of West Coast Express, is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

622.    Interpleader Defendant Baxter Bailey & Associates, as Assignee of West Proline Logistics, is, on information and belief a Mississippi corporation and can be served through C T

Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

623.    Interpleader Defendant West Proline Logistics is, on information and belief, a California corporation and can be served through Kevork Garabetian, Registered Agent, 3308 Community Ave., Glendale, CA 91214.

624.    Interpleader Defendant Quick Pay, as Assignee of West Proline Logistics, is, on information and belief, a California corporation and can be served through Tabitha Ranley, Quick Pay's Registered Agent, 695 Town Center Dr., Suite 700, Costa Mesa, CA 92626.

625.    Interpleader Defendant FirstLine Funding Group, as Assignee of Western Lines, Inc., is, on information and belief, a South Dakota corporation, and can be served through First Bank & Trust, First Line's Registered Agent, 110 N. Minnesota Ave., Sioux Falls, SD  57104.

626.    Interpleader Defendant, Apex Capital Corp., as Assignee of Western Transport, LLC, is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

627.    Interpleader Defendant White Star Transport, Inc. is, on information and belief, an Illinois corporation and can be served through Katarzyna Wasilewska, Registered Agent, 945 Edgewood Dr., #D, Wood Dale, IL 60191.

628.    Interpleader Defendant Bay View Funding, as Assignee of White Star Transport, Inc. is, on information and belief, a Texas corporation and can be served through Phil Maloney, Principal of Bay View, 1924 Deerfield Dr., Plano, TX 75023.

629.    Interpleader Defendant Wild Eagle Express is, on information and belief, an Illinois corporation and can be served through Vilma Dubininkaite, 16W455 S. Frontage Rd., Suite 208, Burr Ridge, IL 60527.

630.    Interpleader Defendant FirstLine Funding Group, as Assignee of Williams Transport, is, on information and belief, a South Dakota corporation, and can be served through First Bank & Trust, First Line's Registered Agent, 110 N. Minnesota Ave., Sioux Falls, SD 57104.

631.    Interpleader Defendant FirstLine Funding Group, as Assignee of Windstar Lines, is, on information and belief, a South Dakota corporation, and can be served through First Bank & Trust, First Line's Registered Agent, 110 N. Minnesota Ave., Sioux Falls, SD  57104.

632.    Interpleader Defendant Windy Hill Foliage, Inc. is, on information and belief, a Wisconsin corporation and can be served through Jackie L. Shortt, Registered Agent, 10449 Day Rd., Marshfield, WI 54449.

633.    Interpleader Defendant Riviera Finance, as Assignee of XXX Logistics, Inc., is, on information and belief, an Illinois corporation and can be served through Incorp Services, Riviera's Registered Agent, 901 S. 2nd St., Suite 201, Springfield, IL 62704.

634.    Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of Yare Express, is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

635.    Interpleader Defendant Financial Carrier Services, as Assignee of YD Trucking Corp., is, on information and belief, a North Carolina corporation and can be served through

Nichele Marks, Financial's Registered Agent, 13325 South Point Blvd. Suite 300, Charlotte, NC 28273.

636.    Interpleader Defendant, Compass Funding Solutions, as Assignee of Yopo Transport, is, on information and belief, an Illinois corporation and can be served through Arleesia McDonald, Compass' Registered Agent, 15W580 N. Frontage Rd., Suite 2, Burr Ridge, IL 60527.

637.    Interpleader Defendant, Apex Capital Corp., as Assignee of Yugo Express, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

638.    Interpleader Defendant Baxter Bailey & Associates, as Assignee of Yulivan Carriers, Inc., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS  39232.

639.    Interpleader Defendant Z Top Logistics, Inc. is, on information and belief, an Illinois corporation and can be served through Lyubov Martynova, Registered Agent, 7935 W. 59th St., Unit B, Summit Argo, IL 60501.

640.    Interpleader Defendant Credit Express, Inc., as Assignee of Z Top Logistics, Inc., is, on information and belief, an Illinois corporation and can be served through Alexander Narod, Credit's Registered Agent, 601 Skokie Blvd., #503, Northbrook, IL 60062.

641.    Interpleader Defendant Z Transportation, Inc. is, on information and belief, a New Jersey corporation and can be served through Trajce Ristovski, Registered Agent, 169 Overmount Ave., Apt A, Woodland Park, NJ 07424.

642.     Interpleader Defendant RTS Financial Service, as Assignee of Z Transportation, Inc., is, on information and belief, a Kansas corporation, and can be served through Corporation Service Company, RTS' Registered Agent, 2900 SW Wanamaker Dr., Suite 204, Topeka, KS 66614.

643.     Interpleader Defendant, Bibby Transportation Finance, Inc., as Assignee of Zakpol Trucking, is, on information and belief, a Georgia corporation, and can be served through Corporation Service Company, Bibby's Registered Agent, 40 Technology Parkway South, Suite 300, Norcross, GA 30092.

644.     Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of Zar's Express, is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

645.     Interpleader Defendant Baxter Bailey & Associates, as Assignee of ZDL Express, Inc., is, on information and belief a Mississippi corporation and can be served through C T Corporation System, Baxter's Registered Agent, 645 Lakeland East Dr., Suite 101, Flowood, MS 39232.

646.     Interpleader Defendant, Advance Business Capital LLC dba Triumph Business Capital, as Assignee of Zema Transportation, LLC, is, on information and belief, a Texas corporation, and can be served through Corporation Service Company dba Lawyers Incorporating Service Company, Advance Business' Registered Agent, 211 E. 7th St., Suite 620, Austin, TX 78701.

647.    Interpleader Defendant, Apex Capital Corp., as Assignee of Zeromax Motors, Inc., is, on information and belief, a Texas corporation and can be served through its registered agent Dean A. Tetirick, 801 Cherry St., Suite 2100, Fort Worth, TX 76102.

## JURISDICTION AND VENUE

648.    This court has jurisdiction over this cause pursuant to 49 U.S.C. § 14704 for actions relating to motor carriers or brokers; 28 U.S.C. §1335 which grants Federal District Courts original jurisdiction of any civil action of interpleader as two or more of the adverse claimants in this action, designated as defendants, are of diverse citizenship and the penal sum of the bond is equal to or more than $500.00; and 28 U.S.C. §1352 which gives Federal District Courts original jurisdiction of any action on a bond executed under any law of the United States.

649.    Venue is proper in this Court under 28 U.S.C. §1397 which provides that any civil action of interpleader or in the nature of interpleader under 28 U.S.C. §1335 may be brought in the judicial district in which one or more of the claimants reside.

## FACTS COMMON TO ALL COUNTS

650.    On October 1, 2016, Merchants, as surety, pursuant to 49 U.S.C. §13906(b), issued Surety Bond No. MN 26771, Form BMC-84 (the "Bond"), in the penal sum of $75,000.00, for Infinity Logistics, Inc., as principal. Pursuant to 49 C.F.R. §387.323, Merchants was required to electronically file form BMC-84. Attached to this Complaint as **Exhibit "A"** is the Acceptance Report for the Bond issued by the Federal Motor Carrier Safety Administration ("FMCSA").

651.    On December 12, 2017, Merchants issued a cancellation notice of the Bond in accordance with 49 U.S.C. §13906(b)(4). The Bond was canceled effective January 12, 2018. Attached to this Complaint as **Exhibit "B"** are the Notices of Cancellation.

652.    Pursuant to 49 U.S.C. §13906(b)(6), cancellation of the Bond was publically advertised for claims beginning on the date of publication of the cancellation of the Bond, December 12, 2017 and ending on February 10, 2018, sixty days thereafter.

653.    Merchants has received notice of multiple claims against its Bond by various bond claimants of Infinity Logistics, Inc. and who are named as Interpleader Defendants herein.

654.    Each of the Interpleader Defendants has asserted a claim with Merchants against the Bond. Attached to this Complaint as **Exhibit "C"** is a listing of claims received from current or potential claimants.

655.    Each of those claims allegedly involve claims of nonpayment by Infinity Logistics, Inc.

656.    Merchants is unable to determine the respective interests of the Interpleader Defendants in the proceeds of the Bond and has no adequate remedy at law.

657.    Each of the Interpleader Defendants should be required to demonstrate their claim against the Bond or be barred from making any claim against the Bond.

658.    The total amount of claims received exceed the $75,000.00 penal sum of the Bond and, accordingly, Merchants seeks relief in statutory interpleader pursuant to 28 U.S.C. §1335 to pay the total penal sum of the Bond into the Court for disbursement as the Court deems proper.

659.    Merchants claims an interest in any bond proceeds that may remain after disposition of same.

660.    Concurrent with the filing of this Complaint in Interpleader, Merchants has moved this Court for an Order allowing Merchants to deposit into the Court the sum of Seventy-Five Thousand Dollars ($75,000.00) representing the entire penal sum of its Bond.

WHEREFORE, Merchants Bonding Company (Mutual) prays this Court enter an Order as follows:

(1)    That each of the Interpleader Defendants be prohibited from instituting or prosecuting any action against Merchants Bonding Company (Mutual) on the Bond;

(2)    That no Interpleader Defendant is entitled to the proceeds of the Bond or any part of it until and after all Interpleader Defendants have asserted their rights to the proceeds;

(3)    That Merchants Bonding Company (Mutual) is discharged and released from all liability under its Bond upon payment of the penal sum of $75,000.00 into this Court; and

(4)    That this Court grant any further relief as the Court deems necessary and appropriate.

Respectfully submitted,
Merchants Bonding Company (Mutual)

By: /s/ Krysta K. Gumbiner
            One of its attorneys

Krysta K. Gumbiner (IN# 31989-45)
DINSMORE & SHOHL LLP
227 West Monroe Street, Suite 3850
Chicago, IL  60606
Phone: (312)372-6060
Fax: (312) 372-6085
krysta.gumbiner@dinsmore.com