AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MERCHANTS BONDING COMPANY
(Mutual) an Iowa Corporation
    Plaintiff

        v.                Civil Action No:   2:18-cv-75

BAXTER BAILEY & ASSOCIATES, as assignee of RXG Cargo Corp, as assignee of Bluestar Services LLC, as assignee of Boost Enterprises, as assignee of CDA Delivery Service Inc, as assignee of Chris Lines Company, as assignee of Coast Connection Inc, as assignee of Daily Transportation Inc, as assignee of Distribution Solutions Inc, as assignee of ES Express Lines Inc, as assignee of Furex Inc, as assignee of Gables Transport Inc, as assignee of GTS Transportation Corp., as assignee of Heavy Lane Transport, as assignee of Inland Transport Inc, as assignee of Intersped Inc d/b/a/ Amcan Freight Liners, as assignee of Jag Trucking Inc d/b/a/ Amcan Freight Liners, as assignee of JPMKL Inc, as assignee of Lemberg Group Inc, as assignee of Lithco 1 LLC, as assignee of LJ Express Trucking CO of CA LLC, as assignee of Logic Logistics Inc, as assignee of LT United Logistics Inc, as assignee of Millennium Transport Inc, as assignee of MMM Transportation Ltd, as assignee of Namanagh Inc, as assignee of Narvatrans LLC, as assignee of Navigation Global LLC, as assignee of NC Trucking Inc, as assignee of Primus Logistics Inc., as assignee of Rely Transport Inc, as assignee of RGX Cargo Corp, as assignee of Rush Inc, as assignee of Sedena Trucking Services Inc, as assignee of Sprint Express Inc, as assignee of Superior Overnight Services Inc, as assignee of Transfreight Logistics Inc, as assignee of Trivium Trans Inc, as assignee of UNI Trans Inc, as assignee of Vilano Incorporated, as assignee of VS Express Inc, as assignee of West Proline Logistics, as assignee of Yulivan Carriers Inc, as assignee of ZDL Express Inc;

DOLCHE TRUCKLOAD, CORP

FAR WEST CAPITAL TRANSPORTATION

FISCHER TRUCK AND BUS SERVICE, INC.

GO TO LOGISTICS, INC.
also known as GT Expedited

PREMIUM EXPRESS INC
    Defendant(s)

# JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: The Clerk of the Court is DIRECTED to disburse the funds deposited with this Court as follows:

- $731.22 to Dolche Truckload Corp.
- $1,075.32 to DSCH Capital Partners, LLC d/b/a Far West Capital Transportation
- $64,536.88 to Go To Logistics, Inc.
- $8,656.58 to Premium Express, Inc.

After the distributions have been made, the Clerk of Court is DIRECTED to close this case. Funds have been disbursed.   This case is now CLOSED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Chief Judge Theresa L. Springmann

DATE:   2/28/2020                    ROBERT TRGOVICH, CLERK OF COURT
                                     by   /s/ S. Kowalsky
                                         *Signature of Clerk or Deputy Clerk*